AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERKS OFFICE
2004 JUN -2 P 12:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

Thomas J. O'Loughlin

v.

MBTA,
Anne McCall,
Michael Mulhern

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10257 YEU

TO: (Name and address of Defendant)

Michael Mulhern
19 Treeland Road
Walpole, MA 02081

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE: February 6, 2004

(By) DEPUTY CLERK