◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Thomas J. O'Loughlin

v.

MBTA,
Anne McCall,
Michael Mulhern

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10257 MEL

FILED IN CLERK'S OFFICE
2004 JUN -2 P 1:00
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Anne McCall
5 Adrienne Road
Walpole, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   February 6, 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | MAY 27, 2004 |
| | TITLE |
| NAME OF SERVER *(PRINT)* DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and~~ ~~discretion then residing therein.~~

~~Name of person with whom~~ the summons and complaint were left: AT 5 ADRIENNE ROAD, WALPOLE, MA.

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $29.00 | $30.00 | $59.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 27 2004    _[signature]_
            Date            *Signature of Server*

BEDUGNIS & ASSOCIATES
Constables of Boston
5 Court Square, Suite 450
Boston, MA 02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.