UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  P 2: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THOMAS J. O'LOUGHLIN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 04-10257 MEL |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY ) | |
| and ) | |
| ANNE McCALL ) | |
| and ) | |
| MICHAEL MULHERN, ) | |
| ) | |
| Defendant ) | |

### ASSENTED TO MOTION TO MODIFY THE BRIEFING SCHEDULE FOR THE DEFENDANTS' MOTIONS TO DISMISS

Defendants Anne McCall and Michael Mulhern, through their undersigned counsel, respectfully move this Court to modify the briefing schedule for the defendants' motions to dismiss the above-captioned complaint. As reasons therefore, Defendants McCall and Mulhern state that:

1.  The Complaint was served on Defendants McCall, Mulhern, and the Massachusetts Bay Transportation Authority on May 27, 2004.

2.  Pursuant to Federal Rule of Civil Procedure 12, the Defendants' Motions to Dismiss are due on June 16, 2004.

3.  The undersigned counsel represent Defendants McCall and Mulhern, and require additional time to coordinate with counsel for the Massachusetts Bay Transportation Authority, concerning their respective motions to dismiss.

4.  Pursuant to Local Civil Rule 7.1, the undersigned counsel have consulted with all counsel involved in this action, and all parties assent to the following modification of the briefing schedule:

   a.  The Defendants' Motions to Dismiss are to be filed and served on Friday, June 25, 2004.

   b.  The Plaintiff's Oppositions to the Motions to Dismiss are to be filed and served on Friday, July 16, 2004.

WHEREFORE, Defendants McCall and Mulhern respectfully request that the Court allow the requested modification of the motion to dismiss briefing schedule.

> ANNE MCCALL
> MICHAEL MULHERN
> By their attorneys,
>
> /s/ Jeffrey Smagula
>
> Joan A. Lukey (BBO #307340)
> Jeffrey A. Smagula (BBO #643669)
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
> Telephone: (617) 526-6000
> Facsimile: (617) 526-5000

Date: June 16, 2004

## CERTIFICATE OF SERVICE

    I, Jeffrey A. Smagula, Esq., hereby certify that on this 16th day of June, 2004, I caused a true copy of the above document to be served by facsimile and first-class United States mail upon Mitchell J. Notis, counsel for the plaintiff, 370 Washington Street, Brookline, MA 02445 and Mary M. Logalbo, counsel for defendant Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974.

*/s/ Jeffrey A. Smagula*
Jeffrey A. Smagula