UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 25 P 3: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THOMAS J. O'LOUGHLIN, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> MASSACHUSETTS BAY ) <br> TRANSPORTATION AUTHORITY ) <br> and ) <br> ANNE McCALL ) <br> and ) <br> MICHAEL MULHERN, ) <br> ) <br> Defendant ) | C.A. No. 04-10257 MEL |

## MOTION TO DISMISS OF DEFENDANTS
## MICHAEL MULHERN AND ANNE MCCALL

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendants Anne McCall and Michael Mulhern respectfully move for dismissal of the Complaint of plaintiff Thomas O'Loughlin dated February 6, 2004 (the "Complaint") as to all counts related to McCall and Mulhern. The allegations underlying the Complaint must be dismissed because they fail to state a claim upon which relief can be granted, as described in detail in the accompanying Memorandum of Law, which is incorporated herein by reference.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), McCall and Mulhern respectfully request oral argument on this motion.

ANNE MCCALL

MICHAEL MULHERN

By their attorneys,

*/s/ Jeffrey A. Smagula*

Joan A. Lukey (BBO #307340)
Jeffrey A. Smagula (BBO #643669)
Wilmer Cutler Pickering
    Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Date: June 25, 2004

### CERTIFICATE OF SERVICE

I, Jeffrey A. Smagula, Esq., hereby certify that on this 25th day of June, 2004, I caused a true copy of the above document to be served upon Mitchell J. Notis, counsel for the plaintiff, 370 Washington Street, Brookline, MA 02445 by hand delivery, and upon Mary M. Logalbo, counsel for defendant Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974 by facsimile and first class mail.

*/s/ Jeffrey A. Smagula*

Jeffrey A. Smagula