UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2004 JUL -2 P 1: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS J. O'LOUGHLIN,      )
     Plaintiff             )
                           )
                           )
v.                         )   C.A. No. 04-10257 MEL
                           )
MASACHUSETTS BAY           )
TRANSPORTATION AUTHORITY,  )
ANNE MCCALL AND            )
MICHAEL MULHERN,           )
     Defendant[s]          )

## MEMORANDUM OF DEFENDANT
## MASSACHUSETTS BAY TRANSPORTATION AUTHORITY
## IN SUPPORT OF ITS
## MOTION TO DISMISS ALL COUNTS OF PLAINTIFF'S COMPLAINT
## ASSERTED AGAINST IT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Massachusetts Bay Transportation Authority (``MBTA'') submits the within Memorandum in support of its Motion To Dismiss All Counts of Plaintiff's Complaint Asserted against It.

Specifically, plaintiff's Complaint asserts three Counts against defendant MBTA:

1)  Count I, alleging violation of M.G.L. Chapter 151B;

2)  Count II, alleging violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e; and

3)  Count XI, alleging violation of M.G.L. Chapter 93A.

Plaintiff premises Count I and Count II on an alleged employment relationship between plaintiff and defendant MBTA at the time of the alleged state and federal, respectively,

## CONCLUSION

For all of the above reasons, defendant MBTA respectfully requests that this Court allow its Motion To Dismiss All Counts of Plaintiff's Complaint Asserted against It, to wit: Count I, Count II and Count XI.

> Defendant
> MASSACHUSETTS BAY
> TRANSPORTATION AUTHORITY
> By its Attorney
>
>
> _____
> Mary M. Logalbo, Esq.
> Assistant General Counsel
> MBTA Law Department
> Ten Park Plaza
> Boston, MA 02116
> (617) 222-3161
> BBO #303320

## AMENDED CERTIFICATE OF SERVICE

I, Mary M. Logalbo, Esq., attorney for defendant MBTA, hereby certify that on this 29th day of June, 2004, I served, by first class mail, postage prepaid, a true copy of the within Memorandum upon Mitchell J. Notis, Esq., attorney for plaintiff, 370 Washington Street, Brookline, MA 02445 and upon Joan A. Lukey, Esq., attorney for defendants McCall and Mulhern, Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109.

_____
Mary M. Logalbo, Esq.


Dated: _____