UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -2 P 1:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS J. O'LOUGHLIN,  )
    Plaintiff           )
                        )
v.                      )   C.A. NO. 04-10257-MEL
                        )
MASACHUSETTS BAY        )
TRANSPORTATION AUTHORITY,)
ANNE MCCALL AND         )
MICHAEL MULHERN,        )
    Defendant[s]        )

## MOTION OF DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY TO DISMISS ALL COUNTS OF PLAINTIFF'S COMPLAINT ASSERTED AGAINST IT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Massachusetts Bay Transportation Authority (``MBTA'') moves this Court to dismiss all Counts of plaintiff's Complaint asserted against it.

Specifically, plaintiff's Complaint asserts three Counts against defendant MBTA:

    1)    Count I, alleging violation of M.G.L. Chapter 151B;

    2)    Count II, alleging violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e; and

    3)    Count XI, alleging violation of M.G.L. Chapter 93A.

As grounds therefore, which grounds are set forth more fully in the accompanying Memorandum, defendant MBTA states that each of plaintiff's three Counts against defendant MBTA fails to state a claim upon which relief can be granted and,

therefore, Count I, Count II and Count XI of plaintiff's Complaint should be dismissed.

WHEREFORE, defendant MBTA respectfully requests that this Court allow the within Motion To Dismiss.

> Defendant
> MASSACHUSETTS BAY
> TRANSPORTATION AUTHORITY
> By its Attorney
>
> _____
> Mary M. Logalbo, Esq.
> Assistant General Counsel
> MBTA Law Department
> Ten Park Plaza
> Boston, MA 02116
> (617)222-3161
> BBO #303320

### AMENDED CERTIFICATE OF SERVICE

I, Mary M. Logalbo, Esq., attorney for defendant MBTA, hereby certify that on this __29th__ day of June, 2004, I served, by first class mail, postage prepaid, a true copy of the within Motion To Dismiss upon Mitchell J. Notis, Esq., attorney for plaintiff, 370 Washington Street, Brookline, MA 02445 and upon Joan A. Lukey, Esq., attorney for defendants McCall and Mulhern, Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109.

_____
Mary M. Logalbo, Esq.

Dated: _____