

# Massachusetts Bay Transportation Authority

| Mitt Romney | Kerry Healey | Daniel A. Grabauskas | Michael H. Mulhern |
| Governor | Lt. Governor | Secretary and MBTA Chairman | General Manager |

June 29, 2004

Civil Clerk
United States District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: O'Loughlin
    v.
    Massachusetts Bay Transportation Authority et al.
    C.A. No. 04-10257 MEL

Dear Sir or Madam:

Please accept for filing the enclosed Amended Certificates of Service, respectively, for the

> Motion of Defendant
> Massachusetts Bay Transportation Authority
> To Dismiss All Counts of Plaintiff's Complaint
> Asserted against It

and the

> Memorandum of Defendant
> Massachusetts Bay Transportation Authority
> in Support of Its
> Motion To Dismiss All Counts of Plaintiff's
> Complaint Asserted against It.

For clarity, I have attached the respective Amended Certificate of Service to the first page of the Motion and to the first page of the Memorandum.

By way of explanation, the original Certificates of Service accurately state that on June 25, 2004, I faxed copies of the documents to counsel for plaintiff and to counsel for defendants McCall and Mulhern. Late in the afternoon of June 28, 2004, counsel for plaintiff called and advised that service by fax was not sufficient and inquired whether I had mailed a copy; I advised that I had, but that I did not know whether it had gone out in the afternoon mail; accordingly, we agreed that I would file amended certificates of service with the date of service by mail being June 29, 2004. Subsequent to the phone call, I checked and confirmed that the documents had not gone out in the afternoon mail. Accordingly, the enclosed Amended Certificates of Service accurately state that on June 29, 2004, I mailed copies of the documents to counsel for plaintiff and to counsel for defendants McCall and Mulhern.

Thank you for your assistance in this matter.

Sincerely

*Mary M Logalbo*
Mary M. Logalbo
Assistant General Counsel

Cc:  Mitchell J. Notis, Esq.
     Joan A. Lukey, Esq.