UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN,<br><br>                Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>ANNE McCALL<br>and<br>MICHAEL MULHERN,<br><br>                Defendants | C.A. No. 04-10257 MEL |

### JURY DEMAND OF DEFENDANT ANNE McCALL

Defendant Anne McCall hereby demands a trial by jury of all issues so triable.

                ANNE McCALL

                By her attorneys,

                /s/ Joan A. Lukey
                Joan A. Lukey (BBO #307340)
                Gregory M. Reiser (BBO # pending)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, MA  02109
                Telephone:  (617) 526-6000
                Facsimile:  (617) 526-5000

Date:  March 9, 2005

2

**CERTIFICATE OF SERVICE**

      I, Joan A. Lukey, Esq., hereby certify that on this 9th day of March, 2005, I caused a true copy of the above document to be served upon Mitchell J. Notis, counsel for the plaintiff, 370 Washington Street, Brookline, MA 02445 by electronic means, and upon Mary M. Logalbo, counsel for defendant Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974 by first class mail.

                                            /s/ Joan A. Lukey
                                            Joan A. Lukey

US1DOCS 4988335v1