UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS J. O'LOUGHLIN, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | C.A. No. 04-10257 MEL |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and ANNE McCALL and MICHAEL MULHERN, | ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

## JURY DEMAND OF DEFENDANT MICHAEL MULHERN

Defendant Michael Mulhern hereby demands a trial by jury of all issues so triable.

        MICHAEL MULHERN

        By his attorneys,

        /s/ Joan A. Lukey
        Joan A. Lukey (BBO #307340)
        Gregory M. Reiser (BBO # pending)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        Telephone:  (617) 526-6000
        Facsimile:  (617) 526-5000

Date:   March 9, 2005

## CERTIFICATE OF SERVICE

    I, Joan A. Lukey, Esq., hereby certify that on this 9th day of March, 2005, I caused a true copy of the above document to be served upon Mitchell J. Notis, counsel for the plaintiff, 370 Washington Street, Brookline, MA 02445 by electronic means, and upon Mary M. Logalbo, counsel for defendant Massachusetts Bay Transportation Authority, Ten Park Plaza, Boston, MA 02116-3974 by first class mail.

                                       /s/ Joan A. Lukey
                                       Joan A. Lukey