UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN, <br><br>        Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY <br> TRANSPORTATION AUTHORITY <br> and <br> ANNE McCALL <br> and <br> MICHAEL MULHERN, <br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-10257 MEL |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda

for Scheduling Conference, Proposed Pretrial Schedule, and Certification. There are no

areas of dispute with regard to the Proposed Pretrial Schedule.

I.    **Agenda of Matters to be Discussed at Scheduling Conference**

        A.    Proposed Pretrial Schedule

                1.    Discovery Plan

                2.    Motion Schedule (including the schedule for a motion for summary

                      judgment)

                3.    Pretrial Conference

                4.    Any matter listed in FRCP 16(c), or which the Court deems appropriate.

        B.    Mediation/Alternative Dispute Resolution

The parties would not be amenable to non-binding mediation at this time.

C.    Trial by Magistrate Judge

At this time, the parties are not willing to have this case tried by a Magistrate

Judge.

D.    Plaintiff's Settlement Proposal

## II.    Proposed Pretrial Schedule

A.    Discovery Plan

Deadline for the Completion of Fact Discovery: November 15, 2006. Discovery shall be

served so that the responses shall be served or depositions shall be completed by November 15,

2006. For the time being, the parties agree that discovery shall be conducted pursuant to the

limitations set forth in Local Rule 26.1(C). Neither party waives the right to seek leave of court

to conduct discovery beyond that provided for in the Local Rules. Should either party determine

that discovery beyond the limitations set forth in Local Rule 26.1(C) is needed, such party will

endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

B.    Motion Schedule

Motions for Summary Judgment pursuant to Rule 56 shall be filed by December 15,

2006. Oppositions to the Motions for Summary Judgment shall be filed by January 15, 2007.

### III.    Certifications By Counsel and Parties

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Plaintiff and Plaintiff that they have conferred on the matters set forth in that Rule is attached hereto.

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Defendants Massachusetts Bay Transportation Authority, Michael Mulhern and Ann McCall, and for an authorized representative of Defendant Massachusetts Bay Transportation Authority, Michael Mulhern and Ann McCall that they have conferred on the matters set forth in that Rule is attached hereto.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

MICHAEL MULHERN

ANNE McCALL

By their attorneys,

Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO # 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

THOMAS O'LOUGHLIN

By his attorney,

Mitchell J. Notis /gmr
Mitchell J. Notis (BBO #374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA  02445
Telephone:  (617) 566-2700

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN,<br><br>               Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>ANNE McCALL<br>and<br>MICHAEL MULHERN,<br><br>               Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      C.A. No. 04-10257 MEL |

## LOCAL RULE 16.1 (D) CERTIFICATE

PLEASE TAKE NOTICE THAT the undersigned parties to this action, and their

counsel, hereby certify pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United

States District Court for the District of Massachusetts that:

    (a)    They have conferred with a view to establishing a budget for the costs of conducting the full

             course, and various alternative courses, of this litigation; and

    (b)    They have conferred to consider the resolution of the litigation through the use of alternative

             dispute resolution programs such as those outlined in Local Rule 16.4.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its duly authorized representative,

_____

William A. Mitchell, Jr., General Counsel


MICHAEL MULHERN


_____


ANN MCCALL


_____


COUNSEL FOR DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, MICHAEL MULHERN AND ANN MCCALL

_____
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO # 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its duly authorized representative,

William A. Mitchell, Jr., General Counsel

MICHAEL MULHERN

_____

ANN MCCALL

_____

COUNSEL FOR DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, MICHAEL MULHERN AND ANN MCCALL

_____

Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO # 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

5

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its duly authorized representative,

_____
William A. Mitchell, Jr., General Counsel

MICHAEL MULHERN

_____

ANN MCCALL

_____

COUNSEL FOR DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, MICHAEL MULHERN AND ANN MCCALL

_____
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO # 662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

USIDOCS 5507154v2

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY

By its duly authorized representative,


William A. Mitchell, Jr., General Counsel


MICHAEL MULHERN


ANN MCCALL




COUNSEL FOR DEFENDANTS MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY, MICHAEL MULHERN AND ANN MCCALL

5

# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10257 MEL

## THOMAS J. O'LOUGHLIN,
Plaintiff

v.

## MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and ANNE McCALL and MICHAEL MULHERN,
Defendants

LOCAL RULE 16.1 CERTIFICATION

Thomas J. O'Loughlin, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff O'Loughlin in this action, hereby certify and confirm that they have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Thomas J. O'Loughlin

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

3/2/06

## CERTIFICATE OF SERVICE

    I, Gregory M. Reiser, Esq., hereby certify that on this 7th day of March, 2006, I caused a true copy of the above document to be served upon Mitchell J. Notis, counsel for the Plaintiff, 370 Washington Street, Brookline, MA 02445 by electronic means.

    Gregory M. Reiser

6