UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN,<br><br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>ANNE McCALL<br>and<br>MICHAEL MULHERN,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-10257 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND PRETRIAL SCHEDULE**

The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by forty-five (45) days for discovery and ninety (90) days for summary judgment briefs. Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery – extended from May 10, 2007 through June 25, 2007;

2. Date for filing of summary judgment motions – extended from June 13, 2007 through September 14, 2007.

3. Date for filing opposition to summary judgment motions – extended from July 13, 2007 through October 15, 2007.

As grounds for the extension of discovery by forty-five (45) days, the parties state that they are currently involved in discovery in this action, but that counsel in this action (Attorney Lukey and Attorney Notis) are also counsel in another action (04-109330-JLT) scheduled for trial commencing on May 7, 2007. Two of the defendants in this action (MBTA and Mulhern) are defendants in the other action as well.

As grounds for the extension of the filing deadlines for summary judgment briefs by ninety (90) days, instead of forty-five (45) days, the parties state that counsel's vacation schedules prevent them from being able to file summary judgment briefs any sooner than ninety (90) days from the current deadlines which need to be moved based upon the trial referenced in the paragraph

US1DOCS 6130892v1

- 2 -

above.  More specifically, Mr. Notis is on vacation from August 3 through August 17, and Ms. Lukey is on vacation from August 8 through September 4 (traveling to Nepal).

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case be extended as set forth above.

THOMAS J. O'LOUGHLIN
By his Attorney


/s/ Mitchell J. Notis
Mitchell J. Notis
Law Offices of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel:  617-566-2700

MASSACHUSETTS BAY TRANSPORTATION
  AUTHORITY, MICHAEL MULHERN and
  ANNE McCALL,
By their attorneys,


/s/ Gregory M. Reiser
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO #662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000


CERTIFICATE OF SERVICE

I, Gregory M. Reiser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 10th day of April, 2007.

/s/ Gregory M. Reiser
Gregory M. Reiser

US1DOCS 6130892v1