UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN,<br><br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>ANNE McCALL<br>and<br>MICHAEL MULHERN,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-10257 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Gregory M. Reiser, hereby enters an appearance as counsel, together with Joan A. Lukey, for Defendants in the above-referenced matter. Please take notice that Jeffrey A. Smagula is no longer counsel for Defendants in this matter.

        MASSACHUSETTS BAY TRANSPORTATION
        AUTHORITY, MICHAEL MULHERN and
        ANNE McCALL,

        By their attorneys,

        /s/ Gregory M. Reiser
        Joan A. Lukey (BBO #307340)
        Gregory M. Reiser (BBO #662284)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000

- 2 -

## CERTIFICATE OF SERVICE

      I, Gregory M. Reiser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 7th day of May, 2007.

                                                /s/ Gregory M. Reiser
                                                Gregory M. Reiser

US1DOCS 6177701v1