UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10257 MEL
_____

**THOMAS J. O'LOUGHLIN,**
Plaintiff

v.

**MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY** and **ANNE McCALL** and
**MICHAEL MULHERN,**
Defendants
_____

JOINT MOTION TO EXTEND PRETRIAL SCHEDULE BY THIRTYDAYS

The parties to this action, through counsel, hereby respectfully request that the Court extend the pretrial schedule in this case by thirty days.

Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery-extended from June 25, 2007 through July 25, 2007.
2. Date for filing of summary judgment motions-extended from September 14, 2007 through October 14, 2007.
3. Date for filing opposition to summary judgment motions extended from October 15, 2007 through November 14, 2007.

As grounds for this motion, the parties state that they are currently involved in discovery in this action, but that due to the trial schedules of counsel during the past month, additional time is needed to finish discovery.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case extended as set forth above.

Thomas J. O'Loughlin
By his attorney


/s/Mitchell J. Notis
_____
Mitchell J. Notis (BBO#374360)
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700


Massachusetts Bay Transportation Authority
Michael Mulhern
Anne McCall
By their attorneys,


/s/Joan A. Lukey
_____
Joan A. Lukey (BBO#307340)
Gregory M. Reiser (BBO#662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000


CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 15th day of June, 2007.

/s/Mitchell J. Notis
_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700