UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS J. O'LOUGHLIN | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-10257-MEL |
| v. | ) ) | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and ANNE McCALL and MICHAEL MULHERN | ) ) ) ) ) ) ) | |
| Defendant | ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

           MORRIS E. LASKER
           UNITED STATES DISTRICT JUDGE

           By the Court,

Dated August 13, 2007      /s/ George H. Howarth
Boston, Massachusetts          Deputy Clerk