UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN,<br><br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>and<br>ANNE McCALL<br>and<br>MICHAEL MULHERN,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-10257 PBS |

**JOINT MOTION TO EXTEND PRETRIAL SCHEDULE**

The parties to this action, through counsel, hereby respectfully request that the Court continue the status hearing scheduled for September 5, 2007 and extend the pretrial schedule in this case by forty-five (45) days for discovery and forty-five (45) days for summary judgment briefs. Specifically, it is requested that the pretrial schedule be extended as follows:

1. Close of fact discovery – extended to October 8, 2007.

2. Date for filing of summary judgment motions – extended to November 29, 2007.

3. Date for filing opposition to summary judgment motions – extended to January 14, 2008.

As grounds for the extension, the parties state that they are currently involved in discovery in this matter, which was recently transferred to Judge Saris from Judge Lasker, and only five short depositions remain to be taken; however, due to the vacation schedules of counsel in this action (Attorney Lukey and Attorney Notis) it will not be possible to complete all depositions by the status hearing scheduled for September 5. More specifically, Mr. Notis was on vacation from August 3 through August 17, and Ms. Lukey is on vacation from August 8 through September 4 (traveling to Nepal).

US1DOCS 6336618v1

- 2 -

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and the pretrial schedule in this case be extended as set forth above.

THOMAS J. O'LOUGHLIN
By his Attorney


/s/ Mitchell J. Notis
Mitchell J. Notis
Law Offices of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel:  617-566-2700

MASSACHUSETTS BAY TRANSPORTATION
 AUTHORITY, MICHAEL MULHERN and
 ANNE McCALL,
By their attorneys,


/s/ Gregory M. Reiser
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO #662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000


CERTIFICATE OF SERVICE

    I, Gregory M. Reiser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 24th day of August, 2007.


                                                     /s/ Gregory M. Reiser
                                                     Gregory M. Reiser