# Exhibit A

REDACTED

| 1617117 | http://www.boston.com/dailyglobe2/163/south/
City_tackles_safety_in_center+.shtml
| City tackles safety in center                          |
editor@badtransit.com                | btc@aol.com              | btc
|Even with the stabbing the T Police has one cop for all of the stations in
Quincy and Braintree.  Don't expect much. | 216.129.135.58 | 2003-06-
12 06:34:56 |
| 1617127 | http://www.boston.com/dailyglobe2/163/metro/
Gas_attendant_is_fatally_shot+.shtml
| Gas attendant is fatally shot                          |
editor@badtransit.com                | btc@aol.com              | btc
|I thought the T said this wasn't going forward.  Behind the scenes the
wheels were still turning.  Now the Board wants Mulhern to provide a "HARD
Financial Estimate".  That must be as opposed to the SOFT UNDER-ESTIMATION
that he provided previously. | 216.129.135.58 | 2003-06-12 06:37:52 |
| 1617131 | http://www.boston.com/dailyglobe2/163/south/
Middleborough_commuter_line_extension_urged+.shtml
| Middleborough commuter line extension urged                    |
EDITOR@BADTRANSIT.COM                | BTC@AOL.COM              | BTC
|I thought that they said that they were going to invest in the present
system before expanding.  Ah, politics is a strange bedfellow. |
216.129.135.58 | 2003-06-12 06:39:11 |
| 1617137 | http://www.boston.com/dailyglobe2/163/metro/
Operator_OK_s_T_unions_contracts+.shtml
| Operator OK's T unions' contracts                        |
editor@badtransit.com                | btc@aol.com              | btc
|4% a year and a $1000 bonus for applying for a job when your present job
is being eliminated and all of this in tough financial times.  Only at the
MBTA could you do this while Cities and Towns are laying off police, fire,
teachers, and others. | 216.129.135.58 | 2003-06-12 06:41:31 |
| 1617138 | http://www.boston.com/dailyglobe2/163/south/
Wareham_pitches_alternative_route_for_commuter_rail_link+.shtml
| Wareham pitches alternative route for commuter rail link             |
EDITOR@BADTRANSIT.COM                | BTC@AOL.COM              | btc
| | 216.129.135.58 | 2003-06-12 06:42:05 |
| 1642172 | http://www.boston.com/dailyglobe2/175/metro/
Law_calls_for_checks_on_camp_workers+.shtml
| Law calls for checks on camp workers                      |
editor@badtransit.com                | btc@aol.com              |
btc@aol.com               |Guy assaults woman on Green n Line train and then
he says he has a bomb.  T Police close station and call Boston Police for
assistance. The T police has its own bomb cops. ever since Chief Carter
came we rely on Boston PD to do the T Police work.  Recently in the South
End news Carter made some statements about this that pissed off all of the
T cops. | 216.129.135.58 | 2003-06-24 07:02:18 |
| 1645925 | http://www.boston.com/dailyglobe2/176/metro/

REDACTED

For_Arborway_trolleys_only+.shtml
| For Arborway, trolleys only                              |
editor@badtransit.com              | btc@aol.com              | btc
|A ruling against the MBTA.  MBTA strategy:  go ahead with the buses we
want anyway, we'll wait her out, and when her political days are over and
she is gone we'll have her decision changed.  Trust me.  You won't see a
trolley on this line so long as this decision and the woman who made it is
still around. | 216.129.135.58 | 2003-06-25 08:34:36 |
| 1648651 | http://www.boston.com/dailyglobe2/177/metro/
New_England_in_brief+.shtml
| New England in brief                              |
editor@badtransit.com              | btc@aol.com              | btc
|bicyclist hit by MBTA bus. | 216.129.135.58 | 2003-06-26 06:24:29 |
| 1651622 | http://www.boston.com/dailyglobe2/178/metro/
MBTA_seeks_to_build_housing_over_rail_line+.shtml
| MBTA seeks to build housing over rail line                              |
editor@badtransit.com              | btc@aol.com              | btc
|do you think that they will hold off on the fare increase if they are
bringing in all of this "non-fare revenue"?  OK I was only joking!! |
216.129.135.58 | 2003-06-27 06:25:08 |
| 1651623 | http://www.boston.com/dailyglobe2/178/metro/
New_England_in_brief+.shtml
| New England in brief                              |
editor@badtransit.com              | btc@aol.com              | btc
|Councilor aide charged in assault case. An aide to Maura Hennigan was
charged with domestic assault.  In addition to being her aide, where does
he work?  You're right, the MBTA.  What a coincidence, I wonder how he got
the job at the MBTA? | 216.129.135.58 | 2003-06-27 06:28:23 |
| 1665303 | http://www.boston.com:80/dailyglobe2/184/metro/
New_England_in_brief+.shtml
| New England in brief                              |
editor@badtransit.com              | btc@aol.com              | btc
|Intoxicated Bus Driver sings Shaggy's song at arraignment, say's:  "wasn't
me".  The T in its usual CYA says the guy was sober when he checked out for
his run. No one saw him drinking on the bus and the booze wasn't found on
the bus.  Mmmmm, who do you think is a lying? | 216.129.135.58 | 2003-07-03
07:23:28 |
| 1665311 | http://www.boston.com:80/dailyglobe2/184/metro/
T_changes_Silver_Line_plan_to_save_money_Y+.shtml
| T changes Silver Line plan to save money, Y                              |
editor@badtransit.com              | btc@aol.com              | btc
|Can you hear Mulhern in the meeting, "No, no, no, why go down the street
when we can go straight through the newly built YMCA".  Then when the
community gets pissed off he is the "good guy" who changed his own stupid
plan.  What a game he learned well from his mentor Secretary Kevin
Sullivan. | 216.129.135.58 | 2003-07-03 07:26:25 |

| 1667399 | http://www.boston.com:80/dailyglobe2/185/metro/
New_England_in_brief+.shtml
| New England in brief                                          |
editor@badtransit.com                    | btc@aol.com              | btc
|indictment of Spaulding, its about time. | 216.129.135.58 | 2003-07-
04 07:52:53 |
| 1670512 | http://www.boston.com:80/dailyglobe2/188/metro/
Access_problems_dog_convention_center+.shtml
| Access problems dog convention center                         |
editor@badtransit.com                    | btc@aol.com              | btc
|It's interesting that this article comes out one week after Mulhern
changed his mind about tearing down the Chinatown YMCA for the Silver Line.
Seeing that the neighborhoods do not want buses on the Haul Road of all
places, do you think that he knew that they were digging into these issues
and didn't want his issue of tearing down the YMCA to be the overriding
"political" issue attracting the attention of so many community
organizations and the Governor.  He makes self-preservation and art form. |
216.129.135.58 | 2003-07-07 06:37:13 |
| 1678073 | http://www.boston.com:80/dailyglobe2/190/metro/
Some_have_that_sinking_feeling+.shtml
| Some have that sinking feeling                                |
editor@badtransit.com                    | btc@aol.com              | btc
|They said that the MBTA has to "get over the blame game", are they
kidding, that is some of the fuel that keeps the MBTA functioning as a
disfunctional organization.


"If the Metropolitan District Commission and the MBTA are pumping the water
out of these specific sites, that's one thing. But if it's 300 years of
mucking around with the landscape, then that's a bigger problem,'' Pollak
said. ''You've got to get over the blame game and figure out how to solve
it.''

 | 216.129.135.58 | 2003-07-09 08:05:00 |
| 1682080 | http://www.boston.com:80/dailyglobe2/191/metro/
T_to_pay_25_7m_to_update_airwaves+.shtml
| T to pay $25.7m to update airwaves                            |
editor@badtransit.com                    | btc@aol.com              | btc
|"The radios used by subway operators and MBTA police are notoriously
vulnerable to system failure."

Over the years when the Union filed grievances saying that the radio system
had deadspots and was unsafe, Mulhern and the T administration argued that
this wasn't true.  Its amazing what $25M will do to an issue.  By the way
Mulhern doesn't know what he is talking about, there is no competition for
"band width".  The radio transmissions get garbled because the MBTA put

multiple receivers in the same area and they "bleed" over onto one another.
| 216.129.135.58 | 2003-07-10 07:31:22 |
| 1685355 | http://www.boston.com:80/dailyglobe2/192/metro/
Group_challenges_T_s_fare_hike+.shtml
| Group challenges T's fare hike                              |
editor@badtransit.com              | btc@aol.com           | btc
|Fare Increase inevitable. Hopefully the Herald article on this is on line.
Willie Davis, MBTA Board, was surprised that people knew about the fare
increase until he was reminded that he voted on a budget that included it.
He then said it was not etched in stone.  OK then its etched in concrete,
just semantics but whose playing with words.  Pretty amazing that he and
the Board already voted on something that they didn't know about and that
Mulhern has been saying for months that he must have. What a span of
attention. | 216.129.135.58 | 2003-07-11 07:31:27 |
| 1685358 | http://www.boston.com:80/dailyglobe2/192/metro/
News_in_brief+.shtml
| News in brief                                              |
editor@badtransit.com              | btc@aol.com           | btc
|$3M to upgrade Leominster Station. | 216.129.135.58 | 2003-07-11 07:32:52
|
| 1690425 | http://www.boston.com:80/dailyglobe2/194/metro/
Violent_crime_increases_on_MBTA+.shtml
| Violent crime increases on MBTA                            |
www.democrats.org                  | TCOP@MBTA.COM          |
TCOP@MBTA.COM           |When you come to Boston make sure you bring your
own protection.  CRIME ON THE TRANSIT SYSTEM IS OUT OF CONTROL. |
216.129.135.58 | 2003-07-14 07:06:32 |
| 1696102 | http://www.boston.com:80/dailyglobe2/197/metro/
Hearing_to_continue_on_sewer_costs+.shtml
| Hearing to continue on sewer costs                         | editor
| btc@aol.com              | btc              | | 216.129.135.58 |
2003-07-16 07:05:46 |
| 1696107 | http://www.boston.com:80/dailyglobe2/197/metro/
Hearing_to_continue_on_sewer_costs+.shtml
| Hearing to continue on sewer costs                         |
editor@badtransit.com              | btc@aol.com           | btc
|Justification for Chief Carters wanting to start and Air Wing with an MBTA
Police Helicopter:
HANSON

Pilot to be charged with flying too low
A pilot who allegedly came dangerously close to an oncoming MBTA commuter
train in Hanson last week will be charged with flying dangerously low by T
police today in Plymouth District Court. Witnesses said the crop-dusting
helicopter crossed about 12 feet above the tracks as the train approached
at around 75 miles per hour, police said. Pilot Leo R. Boucher, 39, of

REDACTED

Manchester, N.H., told T police he did not know the train was coming as his helicopter buzzed the tracks last Thursday. Bouchard said he was trying to get the attention of a nearby fisherman before spraying an adjacent cranberry bog. T police located the helicopter via a tail number spotted by the train's engineer and passengers, who told police they feared a collision.
| 216.129.135.58 | 2003-07-16 07:07:04 |
| 1696109 | http://www.boston.com:80/dailyglobe2/197/metro/
Ex_guard_gets_award_in_case_of_gay_bias+.shtml
| Ex-guard gets award in case of gay bias                      |
mitchnotis@aol.com                  | tjo3123@aol.com          | Tom
|Similar facts to Lisa.  Thought you might want to check it out. |
216.129.135.58 | 2003-07-16 07:09:28 |
| 1702446 | http://www.boston.com:80/dailyglobe2/199/metro/
Home_lawn_invasion+.shtml
| Home lawn invasion                                  |
editor@badtransit.com               | btc@aol.com             | btc
|Brian McGrory from the Globe did a column on the letter to the editor that
I sent you yesterday. | 216.129.135.58 | 2003-07-18 08:39:39 |
| 1702454 | http://www.boston.com:80/dailyglobe2/199/metro/
No_signs_from_above+.shtml
| No signs from above                                 |
editor@badtransit.com               | btc@aol.com             | btc
|same, but with a different and interesting headline | 216.129.135.58 |
2003-07-18 08:41:28 |
| 1717869 | http://www.boston.com:80/dailyglobe2/206/metro/
Prospects_for_change_in_Quinn_Bill_fade+.shtml
| Prospects for change in Quinn Bill fade             |
chfdiblasi@aol.com                  | milfordchief@aol.com     | Tom
OLoughlin              |QUINN BILL CHANGES DOA. GLOBE CITES TWO "UNIONS":
MCOPA AND SPAM.  CONGRATS, YOU DID A GREAT JOB IN PROTECTING THIS BENEFIT.
216.129.135.58 | 2003-07-25 07:52:09 |
| 1718423 | http://www.boston.com:80/dailyglobe2/206/metro/
_Slinky_buses_await_their_Boston_debut+.shtml
| 'Slinky' buses await their Boston debut             |
EDITOR@BADTRANSIT.COM               | BTC@AOL.COM             | BTC
|ONLY THE MBTA WOULD BUY BUSES THAT OTHER TRANSIT AGENCIES HAVE HAD SAFETY
PROBLEMS.

1.   "blind spots are larger"

2.   "the bus's flexible, accordion-like midsection has a habit of swinging
out 9 to 15 inches in the opposite direction of travel"

3.   ''never let your guard down for one second" or "you're going to hear
the crunch,'' the sickening sound of metal-on-metal when a bus hits another

REDACTED

vehicle.

4.  Hartel, the MBTA driver testing the vehicle, "politely complained about the rigid brakes" "and came away from the training run along Washington Street's Silver Line route WARILY  confident".  This guy was minding his P's and Q's, although he was wary and complained about the brakes, he was "confident", yah confident that when the next bid comes he was getting away from this disaster.

5.  ACCIDENTS with these buses in New York City INCREASED by 52% a month.  The MBTA terms this as a "MINOR LOGISTICAL PROBLEM".

6.  New York has experienced LONGER LOADING TIMES at bus stops.  In some cases the bus is at each bus stop for "several minutes".  So much for keeping on schedule.

7.  Steve Epps, the T's Director of Bus Operations, said "A bus is a bus", yeah until you "hear the crunch,'' the sickening sound of metal-on-metal when a bus hits another vehicle.

8.  The T manual warns, ''DO NOT PLACE BUS INTO THE POSITION TO HAVE TO BACK UP.'' That's interesting, the T goes ass backwards into every other decision unless of course its a bad one and then they never "back up".  This like every other stupid, bad, dangerous, ridiculous, or costly decision will be blamed on someone other than themselves.  Mulhern, who has served as a T administrator throughout this ridiculous decision making process that came to be the Silver LInE will be sure to blame his predecessor.  In fact, his hope was to be long into retirement before this mess came to be.  Oh well, like the left hand doors on buses, it will be time to blame someone else.

9.  This decision will be helpful to the economy.  An increase of 52% in MBTA accidents will keep all of the Boston based personal injury attorney's fully employed. | 216.129.135.58 | 2003-07-25 09:34:14 |
| 1722562 | http://www.boston.com:80/dailyglobe2/209/metro/
One_year_many_tasks_remain_for_convention+.shtml
| One year, many tasks remain for convention               |
editor@badtransit.com               | btc@aol.com               | btc
|It is more than apparent that Mike Mulhern has never ridden on his MBTA after a Red Sox game, it is a fiasco trying to get on the Riverside Line particularly if you have kids with you.

''Thirty-five-thousand conventioneers might mean a lot to the city of Boston, but for us it's no different than a Red Sox game strategically,'' Mulhern said. ''It's not like a Tall Ships event with hundreds of thousands of people.''

REDACTED

| 216.129.135.58 | 2003-07-28 07:40:05 |
| 1725884 | http://www.boston.com:80/dailyglobe2/210/letter/
Residents_right_to_oppose_rail_line+.shtml
| Residents right to oppose rail line                    |
editor@badtransit.com              | btc@aol.com           | btc
|greenbush | 216.129.135.58 | 2003-07-29 08:06:34 |
| 1725936 | http://www.boston.com:80/dailyglobe2/210/metro/
Democrats_seek_8_000_convention_volunteers+.shtml
| Democrats seek 8,000 convention volunteers             |
editor@badtransit.com              | btc@aol.com           | btc
|"Volunteers will be asked to... unlock the mysteries of the city's transit
system."

When they get it unlocked maybe they can let Badtransit know so that
everyone else can figure out the "mysteries" of the MBTA. | 216.129.135.58
| 2003-07-29 08:15:53 |
| 1733479 | http://www.boston.com:80/dailyglobe2/212/living/
On_this_line_commuters_make_fast_friends+.shtml
|                                                        |
editor@badtransit.com              | btc@aol.com           | btc
| | 216.129.135.58 | 2003-07-31 07:40:52 |
| 1733498 | http://www.boston.com:80/dailyglobe2/212/metro/
Rail_line_undecided_Healey_says+.shtml
| Rail line undecided, Healey says                       |
editor@badtransit.com              | btc@aol.com           | btc
|It appears the Romney/Healy are not willing to take on the MBTA
establishment.  The right hand doesn't know what the left hand is saying.
Reform; what a joke. | 216.129.135.58 | 2003-07-31 07:43:15 |
| 1733509 | http://www.boston.com:80/dailyglobe2/212/metro/
Refusing_help_woman_gives_birth_aboard_T+.shtml
| Refusing help, woman gives birth aboard T              |
editor@badtransit.com              | btc@aol.com           | btc
|Sorry if I'm not surprised by the CYA info fed to Mac Daniel, Boston
Globe, by the T press people.  Don't think that they hadn't read your
article before they fed this out to Mac Daniel. | 216.129.135.58 | 2003-07-
31 07:45:04 |
| 1733534 | http://www.boston.com:80/dailyglobe2/212/letter/
Greenbush_foes_need_not_worry+.shtml
| Greenbush foes need not worry                          |
editor@badtransit.com              | btc@aol.com           | btc
|greenbush | 216.129.135.58 | 2003-07-31 07:50:48 |
| 1739750 | http://www.boston.com:80/dailyglobe2/213/metro/
Woman_who_gave_birth_on_T_faces_evaluation+.shtml
| Woman who gave birth on T faces evaluation             |
editor@badtransit.com              | btc@aol.com           | btc

|Just like I told you, there was not T police at the station and then
didn't come until the paramedics had the lady and the baby.  This story
tells it like it was, it was the "Inspector" who followed the lady out of
the station and into the street where they were intercepted by the
paramedics and then an ambulance.  The first cruiser arrived 5 minutes
after that.  You know that Mac Daniel at the Globe is going to write
whatever the MBTA feeds to him. | 216.129.135.58 | 2003-08-01 07:48:14 |
| 1938503 | http://www.boston.com:80/news/local/articles/2003/10/30/
police_chief_defends_his_record
| Police chief defends his record                              |
tkomola@mit.edu                    | tjo3123@aol.com           | Tom
|The beginning of the end.  You could see this train coming a mile away.  I
wonder if Mike Rourke ho; the same comfort level that he followed the pile
of crap from Paul Byrne that is now that his own unions are piling it just
as high. | 216.129.135.58 | 2003-10-31 11:14:03 |
| 1972367 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/13/t_urged_to_focus_on_riders_service                        |
T urged to focus on riders, service                          |
EDITOR@BADTRANSIT.COM              | BTC@AOL.COM               |
BTC@AOL.COM                |Better and expanded service, more information for
riders at stations, and free or discounted bus-subway transfers would
attract more riders, the report suggests.

Capital spending plans create the most disturbing scenario for the agency,
Widmer said. The T plans to finance $2.9 billion in capital spending with
bonds through 2010, borrowing an average $326 million per year before
slowing in 2007, according to the report. That means debt service will
consume about 30 percent of the T's budget.

THE T's RESPONSE:

"AWE SHUT-UP, EVERYTHING IS HUNKY DORY".  WHEN IT HITS THE FAN IN 2007 MIKE
MULHERN WILL BE ON A CONSULTANTS CONTRACT WITH THE T. | 216.129.135.58 |
2003-11-13 12:42:42 |
| 1975565 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/14/ts_disabled_patrons_say_the_ride_often_comes_up_short        |
T's disabled patrons say the RIDE often comes up short          |
editor@badtransit.com              | btc@aol.com              |
btc@aol.com                |After waiting hours for the RIDE, disabled
customers get a friendly greeting from the MBTA:

"We don't care if its a seeing eye dog, get the hell out of the way" and
"hey you, you're not blocking the aisle of my train with the wheelchair". |
216.129.135.58 | 2003-11-14 12:32:06 |
| 1975591 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/14/ts_disabled_patrons_say_the_ride_often_comes_up_short         |

T's disabled patrons say the RIDE often comes up short          |
editor@badtransit.com             | btc@aol.com                | btc
|The T says it receives an average of more than 5 complaints a day, each
and every day of the year, concerning the RIDE.  Unbelievable, can you see
a private business operating like this and surviving.  They think that this
is OK because it is down from more than 10 complaints a day in years past.
Keep in mind that it is the MBTA that is monitoring and keeping the stats
on complaints, so if they want them to go down, abrakadabra down they go.
Then the Globe buries the MassPIRG study at the end of this story.  Tell me
that the T doesn't have the Globe reporters in their pocket.  Remember Doug
Hanchett the
Boston Herald Transportation Reporter, he knew what side his bread was
buttered on, and that is why he is now the highly paid media spokesperson
for the Mass. Turnpike. | 216.129.135.58 | 2003-11-14 12:40:07 |
| 1979492 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/17/subway_musicians_unplugged                                      |
Subway musicians, unplugged                           |
EDITOR@BADTRANSIT.COM             | BTC@AOL.COM               | btc
|But now, MBTA officials have deemed nonacoustic music a hazard in T
stations. Beginning Dec. 1, they are banning electric keyboards and
guitars, microphones, and amplifiers, saying they drown out important
messages on the public address system. Saxophones, trumpets, and horns of
any kind also will be forbidden.

"If people can't hear those messages, then we have a problem," said Joe
Pesaturo, spokesman for the Massachusetts Bay Transportation Authority.

WHAT A JOKE, THE ANNOUNCEMENT SYSTEMS SUCK, YOU CAN'T HEAR OR UNDERSTAND
THEM ANYWAY.  IN FACT, THANK GOD THAT THE MUSIC DROWNS OUT THE HUMMING AND
WHIR SOUND THAT COMES FROM THE ANNOUNCEMENT SYSTEM ENDLESSLY.

JUST THINK, IT TOOK THE MBTA MORE THEN 2 YEARS TO REACH THIS CONCLUSION FOR
OUT WELL-BEING.  DO YOU REALLY THINK THAT THIS IS "PUBLIC SAFETY" OR DO YOU
THINK THAT THE BEAN COUNTERS AT THE MBTA CAME UP WITH JUST ANOTHER WAY TO
GRAB $25.00 A YEAR FROM 600 MUSICIANS.  AGAIN, WITH MONEY COMING IN HAND
OVER FIST, MULHERN CHOOSES TO USE THE FIST RATHER THEN REACHING OUT WITH
THE HAND.  OH YEA, AND HEY, MERRY CHRISTMAS. | 216.129.135.58 | 2003-11-
17 06:38:16 |
| 1979500 | http://www.boston.com:80/news/local/articles/2003/11/17/
injured_man_found_near_train_tracks
| Injured man found near train tracks                       |
EDITOR@BADTRANSIT.COM             | BTC@AOL.COM               | BTC
|FATAL | 216.129.135.58 | 2003-11-17 06:42:08 |
| 1995811 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/22/t_faulted_on_billboards                                      |
T faulted on billboards                           |

EDITOR@BADTRANSIT.COM                    | BTC@AOL.COM                    |
BTC@AOL.COM            |The T screwed up the first contract, so why isn't
the General Counsel of the T being held responsible?  Answer:  Because they
cover for each other.

The T didn't put ownership in the latest contract, so why isn't GM Mike
Mulhern and General Counsel being held responsible for blowing $16 MILLION
DOLLARS out the window?  Answer:  Because they are management and the Board
of Directors and Romney will cover for them. | 216.129.135.58 | 2003-11-
22 07:28:29 |
| 2005322 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/26/mbta_delays_subway_music_rules
MBTA delays subway music rules                            |
EDITOR@BADTRANSIT.COM                    | BTC@AOL.COM            | BTC
|The T fed this story to Mac Daniels.  Anyway, I told you, as soon as the
political heat gets turned on Mulhern he will fold like a house of cards.
Also, in the article they say that the safety task force recommended this,
but they don't tell you it was two  years ago and that it was rejected as
B.S. because it was being pushed by Mulherns friend. | 216.129.135.58 |
2003-11-26 08:11:33 |
| 2005328 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/11/26/to_chapman_underground_music_is_pure_performance            |
To Chapman, underground music is pure performance            |
editor@badtansit.com                    | btc@aol.com            | btc
|TRACY CHAPMAN AND GOVERNOR MIKE DUKAKIS SAY THAT MULHERN IS A JERK. |
216.129.135.58 | 2003-11-26 08:13:08 |
| 2005351 | http://www.boston.com:80/news/local/articles/2003/11/26/
pepper_spray_spurs_train_evacuation
| Pepper spray spurs train evacuation                        |
EDITOR@BADTRANSIT.COM                    | BTC@AOL.COM            | BTC
|THE MBTA IS GOING TO RELY ON ITS CUSTOMERS AND PATRONS (ISN'T THAT
REDUNDANT), ANYWAY, WHY AREN'T THEY RELYING ON THE T POLICE.  IS IT BECAUSE
SO FEW OF THEM ARE ASSIGNED TO RIDE THE SUBWAY?

MBTA spokeswoman Lydia Rivera said officials are trying to determine who
put the pepper spray on the train, and why. She said the container will be
sent to a lab for further testing. "We're going to rely on our passengers
and other patrons for tips to further investigate this incident," she said.

"We don't know what happened, and we need our commuters to be the eyes and
ears of the system. Fortunately, it wasn't something of a grave act. We
want to ensure the commuters' safety every time they take the T."

| 216.129.135.58 | 2003-11-26 08:17:28 |
| 2005354 | http://www.boston.com:80/news/local/articles/2003/11/26/
pepper_spray_spurs_train_evacuation

REDACTED

| Pepper spray spurs train evacuation                     |
EDITOR@BADTRANSIT.COM              | BTC@AOL.COM         | BTC
|OH YEA, MAKE NOTE OF THE FACT THAT THERE ARE NOT ONE, BUT TWO, MBTA
SPOKESPERSONS DEALING WITH THIS ONE INCIDENT.  I THOUGHT ROMNEY SAID HE WAS
GOING TO CUT "SPOKESPEOPLE".  WHAT A JOKE. | 216.129.135.58 | 2003-11-
26 08:19:01 |

| 2021922 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/04/musicians_t_in_sound_agreement                          |
Musicians, T in sound agreement                      |
EDITOR@BADTRANSIT.COM              | BTC@AOL.COM         | BTC
|Although it is a good thing, the reason that Mulhern did an about face is
not.  The headline should read "Mulhern Buckles to Political Pressure". |
216.129.135.58 | 2003-12-04 06:35:30 |

| 2021931 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/04/musicians_t_in_sound_agreement                          |
Musicians, T in sound agreement                      |
editor@badtransit.com              | btc@aol.com         | btc
|BOSTON GLOBE:
"Considering the fact that the platforms are 400 feet long, we were very
comfortable with that level of sound, 'cause it's just about at the point
where you can still hear music . . . and not interfere with the
announcements," the MBTA's general manager, Michael Mulhern, said
yesterday.

TRUTH:
"Although deafening, the amplifiers have to be at maximum so that T
customers can hear the music of the screeching of the trains."

BOSTON GLOBE:
The outcry led Mulhern to quietly ride around the system Friday to talk to
performers about their concerns. "I came away impressed," he said.

TRUTH:
The outcry led Mulhern to quietly abandon his MBTA SUV and ride around the
subway system Friday to yell back and forth with performers, so they could
be heard over the trains, about their concerns. As he climbed back into his
MBTA SUV, Mulhern said "I also came away impressed," he said, "this subway
place is a big big place with a lot of people and trains, I don't know how
they do it everyday".


| 216.129.135.58 | 2003-12-04 06:43:08 |
| 2030896 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/08/after_storm_cause_to_cheer                          |
After storm, cause to cheer                      |

editor@badtransit.com                    | btc@aol.com                | btc
|C.R. WORKER FATALITY IN WELLESLEY FINALLY IN NEWSPAPERS:

WHAT A JOKE, "THE CASE IS BEING INVESTIGATED BY THE MBTA POLICE MAJOR CASE
UNIT".  THE PROBLEM IS, CHIEF JOE CARTER DISBANDED THE MAJOR CASE UNIT JUST
AFTER THE MONEY ROOM FIASCO BLEW UP.

As many as five fatalities around New England were blamed on the storm,
including the death of a commuter-rail worker who was struck by a CSX
freight train as he was clearing snow from the tracks Saturday night.

The MBTA Police Major Case unit was investigating how Robert McTague, 59,
of Westwood, was struck at about 8:30 p.m. as he was working on the tracks
near the Wellesley Hills station on the commuter rail's Worcester line,
spokeswoman Lydia M. Rivera said yesterday.

McTague, an employee of Massachusetts Bay Commuter Rail, the company that
runs the MBTA's commuter trains under contract, was transported to Newton-
Wellesley Hospital but died soon after of massive trauma.


| 216.129.135.58 | 2003-12-08 07:55:02 |
| 2033793 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/09/two_indicted_for_infants_death_after_pregnant_mother_shot_on_t |
Two indicted for infant's death after pregnant mother shot on T |
editor@badtransit.com                    | btc@aol.com                | BTC
|Finally this poor woman will get some justice for the death of her baby
and the physical and mental harm that she suffered.

You will note that there are no Chief Carterisms in the article, in fact,
given the seriousness of this event it is quite surprising that the MBTA
Police is not mentioned at all, it is as if the MBTA Police don't even
exist. | 216.129.135.58 | 2003-12-09 07:06:11 |
| 2036933 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/10/ousted_correction_chief_seeking_pension_boost               |
Ousted correction chief seeking pension boost                         |
smurphy@globe.com, rlewis@globe.com        | tcop@mbta.com            | tcop
|You should get your facts straight.  The MBTA Police are not even in the
State Pension system, the T has a private pension system governed by our
contract.  If you called and asked you would have been told that the law
says we cannot go into the State pension system until we get rid of social
security like every other police department.  Anyway, once again you guys
didn't get it right.  | 216.129.135.58 | 2003-12-10 07:16:27 |
| 2048091 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/15/state_prodded_on_transit_pact                               |
State prodded on transit pact                                         |

REDACTED

editor@badtransit.com               | btc@aol.com              | btc
| | 216.129.135.58 | 2003-12-15 08:58:47 |
| 2050379 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/16/state_safety_chief_eyed_for_hub_police_post                  |
State safety chief eyed for Hub police post              |
EDITOR@BADTRANSIT.COM               | BTC@AOL.COM              | BTC
|Carter reportedly has removed himself as a candidate for the Boston Police
Commissioner.  The heat in the kitchen became too much.  Now he is "stuck"
at the MBTA Police and by all accounts is frustrated and dissapointed. |
216.129.135.58 | 2003-12-16 06:45:29 |
| 2063782 | http://www.boston.com:80/news/local/massachusetts/articles/
2003/12/22/la_challenge_for_hollywood_bill
LA challenge for 'Hollywood Bill'                  |
williambratton@msn.com              | milfordchief@aol.com       | Tom
O'Loughlin            |Bill:

Nice article by Kevin Cullen.  As usual you are doing an amazingly great
job.

Merry Christmas.

Tom O'Loughlin | 216.129.135.58 | 2003-12-22 07:59:31 |
+---------
+----------------------------------------------------------------------
-----------------------------------------------------------
+----------------------------------------------------------
+-------------------------------------+------------------------
+------------------------
+----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

| 1226577 | http://www.boston.com/dailyglobe2/346/letter/
Disband_MBTA_Police_Department+.shtml
| Disband MBTA Police Department                                    |
EDITOR@BADTRANSIT.COM                | REALTRANSITCOP@AOL.COM    |
OFFICER                |THE PEOPLE AROUND ME JUST DON'T GET IT.  YOU GET
SLAPPED DOWN IF YOU DO YOUR JOB AND PERKS IF YOU DON'T. IT'S ALL WHO YOU
KNOW. THIS SUCKS SO LIKE THE OTHERS I'LL PROBABLY LEAVE THE T POLICE GO
SOMEWHERE ELSE WHERE THEY APPRECIATE A WORKER. THIS GUY IS PROBABLY RIGHT
THEY SHOULD DISBAND THIS MESS. | 216.129.135.58 | 2002-12-12 09:11:13 |
| 1274144 | http://www.boston.com/dailyglobe2/009/metro/
Suit_says_T_didn_t_stop_racial_harassment+.shtml
| Suit says T didn't stop racial harassment                        |
mitchnotis@aol.com              | tjo3123@aol.com         | Tom
O'Loughlin          |FYI | 216.129.135.58 | 2003-01-09 07:00:19 |
| 1296352 | http://www.boston.com/dailyglobe2/014/metro/
2_brothers_charged_in_T_station_stabbing+.shtml
| 2 brothers charged in T station stabbing                         |
mmulhern@mbta.com              | tpolice@mbta.com          |
tpolice              |BADTRANSIT.COM
Our readers say...
The T is holding a drill next Sunday to simulate a train crash and a
robbery.  {Boston Globe article -ed}
If Chief Carter wants to see a robbery, he and the new command staff
should come out and work with us - they happen every day.
The next train that breaks down on the Green Line (which also happens every
day)
could be used for the mock drill without inconveniencing everybody.
They are also going to use overtime pay for this and then
tell us that there is no overtime for regular shifts.
This is nothing but a public dog and pony show so that
Mulhern can say what a great job he and Carter are
doing about terrorism since 9-11.
Its all window dressing with no substance.
Name withheld to prevent retaliation
 | 216.129.135.58 | 2003-01-21 08:06:07 |
| 1299245 | http://www.boston.com/dailyglobe2/022/metro/
Plunge_off_Route_1_leaves_driver_dead_in_Norwood+.shtml
| Plunge off Route 1 leaves driver dead in Norwood                 |
editor@badtransit.com              | tpolice@mbta.com          |
tpolice              |Bus accident, T drivers fault, 8 people taken to
hospital.  Others on board will be suing as well. | 216.129.135.58 | 2003-
01-22 07:59:31 |
| 1303973 | http://www.boston.com/dailyglobe2/023/metro/
Budget_crunch_may_curb_state_fleet_of_SUVs+.shtml
| Budget crunch may curb state fleet of SUVs                       |
mailto:feedback.eotc@state.ma.us              | tpolice@mbta.com          | check

this out          | "After reading the SUV story in today's Globe {"Budget
crunch may curb state fleet of SUV's" -ed} I just hope the T receives some
of these cuts.  It baffles me that the T Police operate more than 120
vehicles, almost half of which are used by employees for
unregulated commuting, yet T employees can ride the entire system at no
cost.  If this waste were eliminated, maybe more Police Officers could be
on the job - in stations and on trains where they belong."  - a concerned
employee

This is true. You should give us all take home cruisers like the State
Police or you should take this perk away from those who are politically
connected like the take home cars that Gm Mulhern gave to the Greg Lee and
Kenny Berg because they are the union guy's.
 | 216.129.135.58 | 2003-01-23 13:24:22 |
| 1317105 | http://www.boston.com/dailyglobe2/029/metro/
Romney_to_cut_more_than_half_of_state_press_jobs+.shtml
| Romney to cut more than half of state press jobs          |
editor@badtransit.com              | bostontransitcop@aol.com |
bostontransitcop      |The Secretary of Transportation has a press
person and the MBTA has 3.  How many of them were cut??  NONE.  Yet the
word is that the police department budget is being cut again through
attrition which means less cops and more press people. | 216.129.135.58 |
2003-01-29 09:14:26 |
| 1320466 | http://www.boston.com/dailyglobe2/030/south/
Commuters_trains_buckle_in_the_cold+.shtml
| Commuters, trains buckle in the cold                    |
editor@badtransit.com              | bostontransitcop@aol.com |
bostontransitcop@aol.com |I thought that the MBTA said it was going to do a
better job and that they would not blame the cold for the latest screw-ups.
 | 216.129.135.58 | 2003-01-30 07:15:40 |
| 1323862 | http://www.boston.com/dailyglobe2/031/metro/
News_in_brief+.shtml
| News in brief                                  |
editor@badtransit.com              | bostontransitcop@aol.com |
bostontransitcop      | | 216.129.135.58 | 2003-01-31 07:19:15 |
| 1323868 | http://www.boston.com/dailyglobe2/031/metro/
Housing_regulation_overhaul_is_urged+.shtml
| Housing regulation overhaul is urged                       |
editor@badtransit.com              | bostontransitcop@aol.com |
bostontransitcop      |they want to use mbta land to build  affordable
housing.  two problems, first the mbta will not take the safety mesures
needed to protect the kids that will live in this housing from being hit by
a train and two by the time the T gets around to this our great grand kids
will be dealing with it. | 216.129.135.58 | 2003-01-31 07:21:57 |
| 1342985 | http://www.boston.com/dailyglobe2/038/editorials/
Police_on_the_T+.shtml

REDACTED

| Police on the T                                                          |
goffice@state.ma.us                    | tcop@attbi.com              | tcop
|Check out badtransit.com and you will see the real MBTA. Mulhern has cut
the T police budget and Captain Martino canceled all overtime on the
subway, that is until that poor woman's baby was murdered. You can't have 1
cop on a train and expect them to deal with 5 bad guys. People say "oh you
have a gun", get real, so don't they. In a week Mulhern won't even know
this lady's name and the administration will go right back to the same old
until the next young person gets murdered and then they will start with the
same "tragic" "aborition" "high visibility" "heart goes out to them" and
we'll see a little O.T. for a week and wait for the next tragedy.  Go to
badtransit.com and see how the administration has stepped on the TPD for
months and years. They are controlling Carter already. If plainclothes
doesn't work then why does the Boston Police Department Youth Violence
Strike Force work in plainclothes, why hasn't Commissioner Evans put them
in uniform as Chief Carter would. Carter is a puppet for Mulhern and
nothing will change here in fact it has gotten worse. | 216.129.135.58 |
2003-02-07 08:24:22 |
| 1343030 | http://www.boston.com/dailyglobe2/038/editorials/
Police_on_the_T+.shtml
| Police on the T                                                          |
goffice@state.ma.us                    | tcop@attbi.com              | tcop
|MBTA Police Chief's
Crisis Operations Manual
Inspired by recent events

Commentary by Bad Transit

More BadTransit commentary here

To the new Police Chief (whoever you are this year).

Crisis will befall your activities within the MBTA, this is a given.  Of
course, history has shown that most of these crises are self-generated,
either by the total stupidity of your own Department or the Agency that you
"protect".  Occasionally, actual law enforcement issues will occur, and
these are the times when it is especially important to put on an extremely
good performance and act Official.  The goal is, of course, to keep an
appearance that suggests "work" is being performed at peak efficiency and
at all times.  Another important goal: don't get fired.  Stay popular.
Develop a "first name" basis with key people.  Remember, you can't be
serious all the time, except when someone complains about an unjust traffic
ticket, an illegal arrest, or "racial profiling".

This manual will provide the simple reminders, in the simple language
needed, to help step you and your "Command staff" through the most

REDACTED

difficult of tasks - responding to an actual crime.  Remember the goal:
respond.  Never be there as the crime happens.  It's too dangerous.  If you
can achieve this, you will be able to maintain the status quo.  The status
quo is an important concept, especially because you are living in an area
of the country that still cannot accept the fact that the gasoline company
CITGO went out of business about 30 years ago.  This is a bizarre place,
one that calls for equally bizarre performance.

Yes it is important - vital - that the way things have always been done is
continued.  Say to yourself, "There must be a good reason for it", and then
just do it.  Don't ask why, even if things seem clearly stupid.  Just keep
everything the way it is and you'll be able to enjoy all the perks and
benefits rightfully yours: official vehicles with plenty of free and easy
parking everywhere for you and other select staff; juicy "details" at
construction sites having absolutely nothing to do with the MBTA; no clocks
to punch; off-campus training sessions, all paid for by your agency; just
some of the many benefits of being The Most Important.

The Benefits and Privileges have not been won easily.  Great toil and
several firings have come to those who walked before you.  In fact, just
before.  Be mindful of the prime directive: protect jobs, especially your
own.  And remember... the public - the folks who pay the freight -  come
absolutely last.

Actual Law Enforcement Crisis Checklist
This Actual Law Enforcement Crisis Checklist should be used whenever a
"High Profile" crime has occurred on the MBTA system.  What is a "high
profile" crime?  It is one so horrific that its details cannot possibly be
hidden from the press, or blithely smoothed over by the MBTA's taxpayer-
funded Public Relations personnel.  You will have to answer questions of
actual press people.  If unlucky, you may be called to account for the
pathetic performance of your Agency.  Try not to become unruffled at these
questions.  Follow these rules and you will not fail.

[ ]  Begin a "flurry" of activity, sending many Police Officers scurrying
to and fro, taking notes, questioning commuters (or stray animals if the
incident occurs in a rural area).  Should none of the above be available,
scurry around and question each other.  The important thing is to appear
busy and, if at all possible, not to disturb the delicate evidence that a
reputable law enforcement agency will need to collect.  Make certain none
of your force stands around and looks down into the hole or swagger as they
ordinarily do at a detail.  This is not a detail.  It is actual work.
Always attempt to achieve an appearance of actual work in progress.  Above
all, never allow anyone to stand around eating popcorn at the scene of the
crime.  This looks, in Public Relations jargon, "very bad".

REDACTED

[ ] Immediately send actual Police Officers with MBTA insignia to the scene and, for the next few days until The Press coverage dies down, keep them there, giving the appearance that all is well, or that something has snapped in the MBTA brain stem and a policy change - where MBTA Police actually patrol the MBTA System - has somehow occurred. We call this a Code 9-11. They can go back to hanging around the turnstiles, chatting with token vendors, or chumming around with the Boston Police doing traffic stops in a few weeks. Unfortunately, for a while, they will have to patrol. Don't admit it ever, but they are called "Patrolmen". Make certain they stay in motion, as stationary objects within the MBTA system are either pilfered, or if too bulky, are quickly covered with a film of greasy crud that can never be fully removed.

[ ] Appear before The Press and make statements, preferably with other Men; some dressed in official looking uniform; others in stiff suits. This is when it's necessary to Act Very Official and Unpopular.

[ ] Always refer to the crime as "heinous" or "senseless", and to the criminals as "cowards". Look directly into the camera lens and say "we will track you down". Although the public may often get a different perception of your force, particularly from various scandals reported in the media, make sure you distinguish your purpose as being against those who terrorize society, and not just a bunch of parking lot ticket-writers or a sea of uniforms scurrying around long after the crime has been committed.

[ ] When the public says that the incident is "a travesty, and I can't believe these things are still happening", remain quiet. Never answer any criticism of the General Public. You are above them, even though you are paid by them. Strange, isn't it?

[ ] If you must answer to criticism, do it in the business-speak that is appropriate to your position. This will always leave a critics' head spinning. Example: "We will restore the good image of the MBTA Police, by incorporating a value-added, mission-focused management style that builds on our internal strength, coupled with a strong collaboration with the community." Should the parents of young people criticize your agency for violating their civil and human rights; locking them up, incommunicado from their parents for hours; respond with another slogan, saying that you will develop a police force that "respects the integrity of young people as developing members of society".

[ ] Be sure to refer to the incident as "an aberration". If the crime is a shooting, say "shootings do not occur on the MBTA", and be especially certain to always reflect the crime in the plural form.

[ ] Mention that "The only way this incident could have been avoided is by having a Police Officer on every train and in every station", which of course you know to be a total lie.  Following this, state that you will "increase the number of Police in the future", which is a total contradiction, and also a lie.  Hope no one notices.

[ ] Never admit the common sense fact that aggressive foot patrol and police presence is a strong deterrent to crime that works just about everywhere else.  Foot patrol just wears out shoes and sends Police Officers into dangerous, dark, unsafe MBTA stations and conveyances.  They may have to mingle with the public - and who knows what weapons, or diseases, the public may be carrying.

Having your force engage in actual patrol would admit that The Public has been correct all these years and the MBTA has been wrong.  Never admit that you or your pathetic Agency are wrong.  If cornered, bring the "plainclothes" patrol issue into the argument again.  This old, well-worn excuse seems to quiet the most rational questioner... well, at least it used to, until people started becoming dead.

[ ] Be certain to offer the additional admonition, "Be assured, be restful, that the trains are safe".  Act as if you know exactly what it was you were attempting to convey.

[ ] After the incident is over, drive home.  Never ride on the transit system yourself, and discourage others from doing the same.  It's downright dangerous down there.

- = -

We've established a special section in our BadTransit Public Forum where our readers may wish to add checklist items.  Feel safe on the MBTA now?  Be creative.  Be restful.  Our MBTA Police Crisis Checklist is here.

Note: BadTransit's Crisis Manual has been inspired by the senseless and tragic killing of an unborn fetus, 9 months old, shot by criminal scum riding aboard an MBTA Orange Line train.

In this incident we are NOT blaming the MBTA Police or their current leadership for the acts of these criminals.  This will be the very first response to this critique.  We ARE saying that this death should be enough!  To the MBTA Police we say, get off your duff -  and start the aggressive patrols that the public, and this death, demand!  BadTransit has been on this bandwagon for almost two years!  Now suddenly the idea of "more police" is presented as a new idea??  Maybe we do need more T Police.  For now, get the force you have moving with a little more spring in their step.

REDACTED

Cover more ground.  Get the T's "Command Staff" out from behind their
desks.  Everyone should work.  the public will support you and the results
will amaze.


INFO FROM BADTRANSIT.COM | 216.129.135.58 | 2003-02-07 08:35:44 |
| 1343032 | http://www.boston.com/dailyglobe2/038/editorials/
Police_on_the_T+.shtml
| Police on the T                                              |
mmulhern@mbta.com                    | tcop@attbi.com          | tcop
|MBTA Police Chief's
Crisis Operations Manual
Inspired by recent events

Commentary by Bad Transit

More BadTransit commentary here

To the new Police Chief (whoever you are this year).

Crisis will befall your activities within the MBTA, this is a given.  Of
course, history has shown that most of these crises are self-generated,
either by the total stupidity of your own Department or the Agency that you
"protect".  Occasionally, actual law enforcement issues will occur, and
these are the times when it is especially important to put on an extremely
good performance and act Official.  The goal is, of course, to keep an
appearance that suggests "work" is being performed at peak efficiency and
at all times.  Another important goal: don't get fired.  Stay popular.
Develop a "first name" basis with key people.  Remember, you can't be
serious all the time, except when someone complains about an unjust traffic
ticket, an illegal arrest, or "racial profiling".

This manual will provide the simple reminders, in the simple language
needed, to help step you and your "Command staff" through the most
difficult of tasks - responding to an actual crime.  Remember the goal:
respond.  Never be there as the crime happens.  It's too dangerous.  If you
can achieve this, you will be able to maintain the status quo.  The status
quo is an important concept, especially because you are living in an area
of the country that still cannot accept the fact that the gasoline company
CITGO went out of business about 30 years ago.  This is a bizarre place,
one that calls for equally bizarre performance.

Yes it is important - vital - that the way things have always been done is
continued.  Say to yourself, "There must be a good reason for it", and then
just do it.  Don't ask why, even if things seem clearly stupid.  Just keep
everything the way it is and you'll be able to enjoy all the perks and

benefits rightfully yours: official vehicles with plenty of free and easy parking everywhere for you and other select staff; juicy "details" at construction sites having absolutely nothing to do with the MBTA; no clocks to punch; off-campus training sessions, all paid for by your agency; just some of the many benefits of being The Most Important.

The Benefits and Privileges have not been won easily.  Great toil and several firings have come to those who walked before you.  In fact, just before.  Be mindful of the prime directive: protect jobs, especially your own.  And remember... the public - the folks who pay the freight -  come absolutely last.

Actual Law Enforcement Crisis Checklist
This Actual Law Enforcement Crisis Checklist should be used whenever a "High Profile" crime has occurred on the MBTA system.  What is a "high profile" crime?  It is one so horrific that its details cannot possibly be hidden from the press, or blithely smoothed over by the MBTA's taxpayer-funded Public Relations personnel.  You will have to answer questions of actual press people.  If unlucky, you may be called to account for the pathetic performance of your Agency.  Try not to become unruffled at these questions.  Follow these rules and you will not fail.

[ ]  Begin a "flurry" of activity, sending many Police Officers scurrying to and fro, taking notes, questioning commuters (or stray animals if the incident occurs in a rural area).  Should none of the above be available, scurry around and question each other.  The important thing is to appear busy and, if at all possible, not to disturb the delicate evidence that a reputable law enforcement agency will need to collect.  Make certain none of your force stands around and looks down into the hole or swagger as they ordinarily do at a detail.  This is not a detail.  It is actual work. Always attempt to achieve an appearance of actual work in progress.  Above all, never allow anyone to stand around eating popcorn at the scene of the crime.  This looks, in Public Relations jargon, "very bad".

[ ]  Immediately send actual Police Officers with MBTA insignia to the scene and, for the next few days until The Press coverage dies down, keep them there, giving the appearance that all is well, or that something has snapped in the MBTA brain stem and a policy change - where MBTA Police actually patrol the MBTA System - has somehow occurred.  We call this a Code 9-11.  They can go back to hanging around the turnstiles, chatting with token vendors, or chumming around with the Boston Police doing traffic stops in a few weeks.  Unfortunately, for a while, they will have to patrol.  Don't admit it ever, but they are called "Patrolmen".  Make certain they stay in motion, as stationary objects within the MBTA system are either pilfered, or if too bulky, are quickly covered with a film of greasy crud that can never be fully removed.

[ ] Appear before The Press and make statements, preferably with other Men; some dressed in official looking uniform; others in stiff suits.  This is when it's necessary to Act Very Official and Unpopular.

[ ] Always refer to the crime as "heinous" or "senseless", and to the criminals as "cowards".  Look directly into the camera lens and say "we will track you down".  Although the public may often get a different perception of your force, particularly from various scandals reported in the media, make sure you distinguish your purpose as being against those who terrorize society, and not just a bunch of parking lot ticket-writers or a sea of uniforms scurrying around long after the crime has been committed.

[ ] When the public says that the incident is "a travesty, and I can't believe these things are still happening", remain quiet.  Never answer any criticism of the General Public.  You are above them, even though you are paid by them.  Strange, isn't it?

[ ] If you must answer to criticism, do it in the business-speak that is appropriate to your position.  This will always leave a critics' head spinning.  Example: "We will restore the good image of the MBTA Police, by incorporating a value-added, mission-focused management style that builds on our internal strength, coupled with a strong collaboration with the community."  Should the parents of young people criticize your agency for violating their civil and human rights; locking them up, incommunicado from their parents for hours; respond with another slogan, saying that you will develop a police force that "respects the integrity of young people as developing members of society".

[ ] Be sure to refer to the incident as "an aberration".  If the crime is a shooting, say "shootings do not occur on the MBTA", and be especially certain to always reflect the crime in the plural form.

[ ] Mention that "The only way this incident could have been avoided is by having a Police Officer on every train and in every station", which of course you know to be a total lie.  Following this, state that you will "increase the number of Police in the future", which is a total contradiction, and also a lie.  Hope no one notices.

[ ] Never admit the common sense fact that aggressive foot patrol and police presence is a strong deterrent to crime that works just about everywhere else.  Foot patrol just wears out shoes and sends Police Officers into dangerous, dark, unsafe MBTA stations and conveyances.  They may have to mingle with the public - and who knows what weapons, or diseases, the public may be carrying.

Having your force engage in actual patrol would admit that The Public has
been correct all these years and the MBTA has been wrong. Never admit that
you or your pathetic Agency are wrong. If cornered, bring the
"plainclothes" patrol issue into the argument again. This old, well-worn
excuse seems to quiet the most rational questioner... well, at least it
used to, until people started becoming dead.

[ ] Be certain to offer the additional admonition, "Be assured, be restful,
that the trains are safe". Act as if you know exactly what it was you were
attempting to convey.

[ ] After the incident is over, drive home. Never ride on the transit
system yourself, and discourage others from doing the same. It's downright
dangerous down there.


- = -


We've established a special section in our BadTransit Public Forum where
our readers may wish to add checklist items. Feel safe on the MBTA now?
Be creative. Be restful. Our MBTA Police Crisis Checklist is here.

Note: BadTransit's Crisis Manual has been inspired by the senseless and
tragic killing of an unborn fetus, 9 months old, shot by criminal scum
riding aboard an MBTA Orange Line train.

In this incident we are NOT blaming the MBTA Police or their current
leadership for the acts of these criminals. This will be the very first
response to this critique. We ARE saying that this death should be enough!
To the MBTA Police we say, get off your duff - and start the aggressive
patrols that the public, and this death, demand! BadTransit has been on
this bandwagon for almost two years! Now suddenly the idea of "more
police" is presented as a new idea?? Maybe we do need more T Police. For
now, get the force you have moving with a little more spring in their step.
Cover more ground. Get the T's "Command Staff" out from behind their
desks. Everyone should work. the public will support you and the results
will amaze.


INFO FROM BADTRANSIT.COM | 216.129.135.58 | 2003-02-07 08:36:32 |
| 1361223 | http://www.boston.com/dailyglobe2/048/oped/
Fetus_or_baby_+.shtml
| Fetus or baby?                                        |
EDITOR@BADTRANSIT.COM            | BOSTONTRANSITCOP@AOL.COM |
BOSTONTRANSITCOP        |Even the Globe is covecching over this tragedy.
The one thing that they could have used in the headline is "BUSINESS AS

REDACTED

USUAL AT THE T". | 216.129.135.58 | 2003-02-17 08:09:33 |
| 1361228 | http://www.boston.com/dailyglobe2/048/metro/
Payzant_warning_parents_of_cuts+.shtml
| Payzant warning parents of cuts                        |
EDITOR@BADTRANSIT.COM            | BOSTONTRANSITCOP@AOL.COM |
BOSTONTRANSITCOP       |Boston Schools say they will have to eliminate
"free" MBTA passes for students. | 216.129.135.58 | 2003-02-17 08:11:30 |
| 1361236 | http://www.boston.com/dailyglobe2/048/metro/
Pike_pursuing_refund_from_Bechtel_for_Big_Dig_errors+.shtml
| Pike pursuing refund from Bechtel for Big Dig errors       |
rlewis@globe.com              | tcop@mbta.com          | tcop
|Why aren't you showing the cover-up by Kevin Sullivan and his buddy Mike
Mulhern. | 216.129.135.58 | 2003-02-17 08:17:30 |
| 1361239 | http://www.boston.com/dailyglobe2/048/metro/
Pike_pursuing_refund_from_Bechtel_for_Big_Dig_errors+.shtml
| Pike pursuing refund from Bechtel for Big Dig errors       |
editor@badtransit.com         | bostontranistcop@aol.com |
bostontransitcop       |The Globe put a fire under their asses. Mulhern
and Secretary Kevin Sullivan turned the other way on this and now Mulhern
is going after Bechtel because the Globe and Romney's people kicked up a
mess. | 216.129.135.58 | 2003-02-17 08:19:21 |
| 1362978 | http://www.boston.com/dailyglobe2/026/metro/
Big_Dig_changes_affect_traffic_across_the_city+.shtml
| Big Dig changes affect traffic across the city        |
jcarter@mbta.com, tpolice@mbta.com,    | sventurelli@mbta.com    |
sventurelli            |Capt. Martino:

Check this out on www.badtransit.com

They are kicking the shit out of Chief Carter, oh well.

Sal


Where in the Wild Wild World of Sports did they hire Joe Carter as Chief of
Police?  {MBTA -ed} What we see is the second coming of Barney Fife, not a
police chief whose job is to stop criminals. Normally when people are shot,
you take on a Dirty Harry/Joe Friday like stance and promise your nervous
riders to catch the perp and bring him to justice (which did happen, by the
way, and we are grateful).  {The Boston Police have one suspect, but are
not charging him with the murder -ed}  But what kind of idiot would ever
tell a nervous public ⊡be sure, be restful?⊡ We're under Condition
Orange, buster! What would happen if a terrorist decided to unleash sarin
gas or bomb Park Street? We don't think anyone will be sure or restful as
they run for their lives!

REDACTED

We need a new police chief, someone who suffers no fools gladly, has a
thousand yard stare, and is willing to tell the public and riders the
truth. The only thing the MBTA suffers from is too many messengers and not
enough truth-tellers and fire-and-brimstone types. Joe Carter's style might
work for Oak Bluffs, where the only crime is getting ticketed for wearing
white after labor day, or eating cut-rate caviar with a spoon you got from
a box of Lucky Charms, but not here in Boston. Here's hoping that the T can
hire someone with more guts than Mr. PR Police Chief. BTW - good for the
cops to catch one of the people who killed that baby.


Brian Colby
Boston Transit Watch

After reading Carter's statement to editors and business leaders:

"We will restore the good image of the MBTA Police, by incorporating a
value-added, mission-focused management style that builds on our internal
strength, coupled with a strong collaboration with the community."

we decided it was over before it even started.

-BadTransit


| 216.129.135.58 | 2003-02-18 10:25:59 |
| 1378227 | http://www.boston.com/dailyglobe2/057/oped/
Romney_s_pitch_for_change+.shtml
| Romney's pitch for change                                    |
chief@milfordpolice.org            | test@aol.com            | test
|http://www.zwire.com/site/
news.cfm?newsid=7118727&BRD=1710&PAG=461&dept_id=99784&rfi=8
| 216.129.135.58 | 2003-02-26 07:22:12 |
| 1378271 | http://www.boston.com/dailyglobe2/057/metro/
For_new_administration_few_allies_in_an_uphill_battle+.shtml
| For new administration, few allies in an uphill battle
milfordchief@aol.com                | tpd.com                 |
watching your back       |Your command staff meeting with negative comments
is on www.badtransit.com in the Water Cooler section. Everybody at the T
and TPD goes to this web-site. Watch your back Martino and McCarthy are
smiling to your face and badmouthin you saying you don't know what you are
doing. Like sharks when there is blood in the water Martino will be dusting
off his resume.  When I worked with him in details he sent his resume to
the Board of Directors behind the chief's back. Be careful of these guys.
| 216.129.135.58 | 2003-02-26 07:40:52 |

REDACTED

| 1378276 | http://www.boston.com/dailyglobe2/057/metro/
For_new_administration_few_allies_in_an_uphill_battle+.shtml
| For new administration, few allies in an uphill battle          |
chief@milfordpolice.org               | t                 | t
|Your command staff meeting with negative comments is on www.badtransit.com
in the Water Cooler section. Everybody at the T and TPD goes to this web-
site. Watch your back Martino and McCarthy are smiling to your face and
badmouthin you saying you don't know what you are doing. Like sharks when
there is blood in the water Martino will be dusting off his resume.  When I
worked with him in details he sent his resume to the Board of Directors
behind the chief's back. Be careful of these guys. | 216.129.135.58 |
2003-02-26 07:42:52 |
| 1378287 | http://www.boston.com/dailyglobe2/057/metro/
For_new_administration_few_allies_in_an_uphill_battle+.shtml
| For new administration, few allies in an uphill battle          |
chiefofpolice@mbta.com, jcarter@mbta.com | becareful@tpd.com    | watch
your back          |Your command staff meeting with negative comments is on
www.badtransit.com in the Water Cooler section. Watch your back Martino and
McCarthy are smiling to your face and badmouthin you saying you don't know
what you are doing. Like sharks when there is blood in the water Martino
will be dusting off his resume.  When I worked with him in details he sent
his resume to the Board of Directors behind the chief's back. Be careful of
these guys.  Everybody at the T and the TPD checks out badtransit.com. Be
careful a lot of us think that you are a good guy don't end up like this
story "For new adminstration, few allies in an uphill battle". |
216.129.135.58 | 2003-02-26 07:48:41 |
| 1393570 | http://www.boston.com/dailyglobe2/064/metro/
State_to_probe_T_bid_process+.shtml
| State to probe T bid process                        |
editor@badtransit.com              | bostontransitcop@aol.com | btc
|The T was "forced" to accept a bid losing $16M because of their previous
screw-up in not owning structures on their property. | 216.129.135.58 |
2003-03-05 07:09:16 |
| 1393580 | http://www.boston.com/dailyglobe2/064/metro/
Victim_criticizes_police_for_response_to_T_assault+.shtml
| Victim criticizes police for response to T assault
editor@badtransit.com              | bostontransitcop@aol.com | btc
|NOT MBTA COPS, Boston PD took 20 minutes. It took an Emerson Colleg cop to
do the right thing. The Boston PD spokesman, OFFICER Nadine Taylor-Miller
was an MBTA DEPUTY CHIEF until 3 months ago.  Look at the bull that she
puts out there the MBTA taught her well. | 216.129.135.58 | 2003-03-
05 07:13:26 |
| 1398476 | http://www.boston.com/dailyglobe2/066/metro/
What_price_victory_+.shtml
| What price victory?                                    |
glee@mbta.com                      | smith@attbi.com        | smith

|Look at this headline "What price victory?" ha ha ha you got your ass
kicked.  Whose side are you on anyway.  The recall petition is coming for
you and Berg!!!!!  ( 216.129.135.58 )2003-03-07 10:12:10 |
| 1435129 | http://www.boston.com/dailyglobe2/084/metro/
Lawsuit_against_MBTA_settled+.shtml
| Lawsuit against MBTA settled                                        |
editor@badtransit.com              | btc@aol.com              | btc
|by the way $70.000 for 41 people is still a lot less then the $100,000
that Oak Bluffs will pay to 9 cops for not working. Carter shouldn't be so
self-rightous specially when he's telling a lie or not knowing what hes
talking about. | 216.129.135.58 | 2003-03-25 07:17:36 |
| 1435144 | http://www.boston.com/dailyglobe2/084/metro/
Police_eye_4_in_subway_shooting+.shtml
| Police eye 4 in subway shooting                                     |
editor@badtransit.com              | btc@aol.com              | btc
|Carter should be careful shooting off his mouth. notice that the T police
are't involved in this investigation. it was never like this before T
police always worked with homicide but not now. this is going to blow-up
alright. a mbta detective "connected" to GM Mulhern screwed up important
parts of this investigation the other day and BPD Commissioner called Chief
Carter and jumped in his face. Carter told Deputy Fleming (former acting
chief) to discipline the cop involved until he found out it was a
"connected" cop and Carter backed down. The news media are snooping around
this.

Oh, yea lets see as Chief Carter would say "rest easy all is safe on the
Orange Line".  Crime has "leveled off" tell that to this poor ladey who
lost her baby.  Its all political B.S. | 216.129.135.58 | 2003-03-
25 07:25:35 |
| 1435147 | http://www.boston.com/dailyglobe2/084/metro/
Police_eye_4_in_subway_shooting+.shtml
| Police eye 4 in subway shooting                                     |
chief@milfordpolice.org            | btc@aol.com              | btc
|test | 216.129.135.58 | 2003-03-25 07:26:20 |
| 1498647 | http://www.boston.com/dailyglobe2/111/letter/
Silver_Line_isn_t_the_jewel_of_MBTA+.shtml
| Silver Line isn't the jewel of MBTA                                 |
editor@badtransit.com              | btc@aol.com              | btc
|Silver Li(n)e | 216.129.135.58 | 2003-04-21 06:14:53 |
| 1503802 | http://www.boston.com/dailyglobe2/113/metro/
MBTA_improperly_bid_contracts_auditor_finds+.shtml
| MBTA improperly bid contracts, auditor finds                        |
editor@badtransit.com              | btc@aol.com              | btc
|Surprise!!!!! Not Really. | 216.129.135.58 | 2003-04-23 07:10:06 |
| 1506025 | http://www.boston.com/dailyglobe2/114/metro/
Amtrak_may_see_exodus_of_workers_union_says+.shtml

REDACTED

| Amtrak may see exodus of workers, union says                    |
editor@badtransit.com                | btc@aol.com                | btc
|more of the same AMTRAK v. MBTA | 216.129.135.58 | 2003-04-24 06:27:16 |
| 1515217 | http://www.boston.com/dailyglobe2/118/metro/
Franklin_man_35_killed_by_Amtrak_train+.shtml
| Franklin man, 35, killed by Amtrak train                    |
editor@badtransit.com                | btc@aol.com                | btc
|Another fatality on MBTA tracks. | 216.129.135.58 | 2003-04-29 06:35:56 |
| 1533797 | http://www.boston.com/dailyglobe2/127/editorials/
The_right_track_in_Allston+.shtml
| The right track in Allston                    |
editor@badtransit.com                | btc@aol.com                | btc
|Looks like Mr. Cotton Candy is tucking his tail between his legs just like
I said he would. Found himself out there all by himself. | 216.129.135.58 |
2003-05-07 06:46:19 |
| 1541489 | http://www.boston.com/dailyglobe2/129/metro/
MBTA_drops_claim_to_turnpike_land+.shtml
| MBTA drops claim to turnpike land                    |
editor@badtransit.com                | btc@aol.com                | btc
|This is the same deal that was offered before Mulhern flexed his muscle
and made his political move.  Now that he found he was standing alone he
retreated to Amorello's deal. | 216.129.135.58 | 2003-05-09 08:53:02 |
| 1548787 | http://www.boston.com/dailyglobe2/133/metro/
House_quietly_OK_s_bill_making_it_easier_to_raise_T_fares+.shtml
| House quietly OK's bill making it easier to raise T fares                    |
editor@badtransit.com                | btc@aol.com                | btc
|How do you know when Mulhern is lieing, his lips are moving.  Remember
when he took the fare increase to the Board of Directors.  First he gave
one number about declining ridership and when the media said that he
couldn't raise fares he and his peeons changed the number over night.
Guess what the first number was right and he can't duck it so he "quietly"
went to the legislature and changed the law saying he can "disregard" this
issue and  shove the fare increase down everyones throat.

"The House last week quietly approved a measure that would allow the MBTA
to disregard declining ridership and move ahead with a fare increase
beginning Jan. 1. " | 216.129.135.58 | 2003-05-13 06:35:45 |
| 1549634 | http://www.boston.com/dailyglobe2/134/metro/
Campaign_revs_up_to_break_the_driving_habit+.shtml
| Campaign revs up to break the driving habit                    |
editor@badtransit.com                | btc@aol.com                | btc
|WHO DO YOU THINK IS THE LIAR, THE US ARMY CORP OF ENGINEERS OR JOHN
CARLISLE, SPOKESMAN WHO DID NOT GET LAYED OFF, MBTA & EXECUTIVE OFFICE OF
TRANSPORTATION?

"In a May 13 letter to the MBTA obtained by the Globe, a US Army Corps of

Engineers representative said that agency was ''closing the file'' on the
New Bedford-Fall River rail project, for example, because MBTA officials
indicated it was not going forward. But Carlisle said the letter was the
result of a misunderstanding and no decisions have been made."
| 216.129.135.58 | 2003-05-14 07:15:24 |
| 1552760 | http://www.boston.com/dailyglobe2/135/north/
Blue_Line_boosters_optimistic+.shtml
| Blue Line boosters optimistic                               |
editor@badtransit.com                  | btc@aol.com            | btc
|this would be a good idea but the people shouldn't trust them when they
smile and say they will do it because they also smiled at new bedford and
fall river. | 216.129.135.58 | 2003-05-15 06:31:45 |
| 1552767 | http://www.boston.com/dailyglobe2/135/metro/
Typical_minivan_atypical_ride+.shtml
| Typical minivan, atypical ride                              |
editor@badtransit.com                  | btc@aol.com            | btc
|why are T cops doing Boston and State PD work?  Both of these guys could
be used better on the subway.  The one who got hit by the car is a bomb
tech and has a bomb dog that could help more keepin the subway safe. |
216.129.135.58 | 2003-05-15 06:34:41 |
| 1562907 | http://www.boston.com/dailyglobe2/140/metro/
Derailment_clogs_commute+.shtml
| Derailment clogs commute                                    |
editor@badtransit.com                  | btc@aol.com            |
btc@aol.com                 |What else is new!!!!

''Nobody is telling us anything,'' said Dona Andrukaitis of Austin, Texas,
who was on her way to visit family in Methuen. ''We were told there would
be a rescue train and that buses were coming, but so far nothing.'' |
216.129.135.58 | 2003-05-20 07:04:04 |
| 1562913 | http://www.boston.com/dailyglobe2/140/metro/
MBTA_train_derailment_leaves_thousands_waiting+.shtml
| MBTA train derailment leaves thousands waiting              |
editor@badtransit.com                  | btc@aol.com            |
btc@aol.com                 |more | 216.129.135.58 | 2003-05-20 07:06:30
| 1562915 | http://www.boston.com/dailyglobe2/140/metro/
Changes_sought_for_Massport+.shtml
| Changes sought for Massport                                 |
editor@badtransit.com                  | btc@aol.com            |
btc@aol.com                 |What a joke most of them are in the political
bag.  Only a few of them like the guy who I talk to have the guts to take a
stand when they should. | 216.129.135.58 | 2003-05-20 07:07:38 |
| 1570476 | http://www.boston.com/dailyglobe2/142/metro/
Two_die_after_being_struck_by_trains+.shtml
| Two die after being struck by trains                        |
editor@badtransit.com                  | btc@aol.com            | btc

|TWO DIE ON MBTA ON SAME DAY. | 216.129.135.58 | 2003-05-22 06:33:07 |
| 1570479 | http://www.boston.com/dailyglobe2/142/south/
T_rail_foes_disagree_on_status_of_plan+.shtml
| T, rail foes disagree on status of plan                         |
EDITOR@BADTRANSIT.COM                   | BTC@AOL.COM              | BTC
|Kevin Sullivan was a liar the whole New Bedford - Fall River thing was
political it came out at election time. Mulhern is one of Sullivan's boy's.
They lied about the cost of Greenbush coming in with a number lower then
they knew it would be. | 216.129.135.58 | 2003-05-22 06:35:36 |
| 1570482 | http://www.boston.com/dailyglobe2/142/south/
T_rail_foes_disagree_on_status_of_plan+.shtml
| T, rail foes disagree on status of plan                         |
editor@badtransit.com                   | btc@aol.com             | btc
|Look at Carlisle statements.  Secretary Kevin Sullivan hired and trained
Carlisle to be his spokesman. Lie Lie Lie.  Now he does it for Mulhern and
Grabauskas. | 216.129.135.58 | 2003-05-22 06:37:32 |
| 1582928 | http://www.boston.com/dailyglobe2/148/metro/
Legislators_mull_crackdown_on_T_fare_evaders+.shtml
| Legislators mull crackdown on T fare evaders                    |
EDITOR@BADTRANSIT.COM                   | BTC@AOL.COM             | btc
|This is very interesting. The union says they have to bargain to get T
cops to work their new system. The T says it will be installed next year.
I doubt it very much they never do anything on time or on budget.  The T
said in the article that you can be arrested for fare evasion, thats not
true unless its commuter rail (you have a copy of these laws from one of
your previous articles).  On the transit system you have to give them the
opportunity to pay the fare.  They can issue citations now for smoking but
the system collapsed because the Clerk of Courts in Boston want nothing to
do with it and refuse to process the citations.  Will fare evasion
citations be any different??   | 216.129.135.58 | 2003-05-28 06:30:18 |
| 1582935 | http://www.boston.com/dailyglobe2/148/oped/
The_cradle_of_rudeness+.shtml
| The cradle of rudeness                                          |
editor@badtransit.com                   | btc@aol.com             | btc
|This reporter has figured out that "Write to the Top" is really "Write to
the Bottom".  None of the admininstrators at the MBTA answer e-mails sent
to them.  They all have clerks, the lowest level secretary answering their
e-mails, unless of course the Boston Globe calls about a particular e-mail.

Perhaps in recognition that the area attitude could use a little fine
tuning, the MBTA has initiated its ''Write to the Top'' campaign,
highlighting its (supposed) commitment to customer service. One winter
morning, when the 9:20 bus didn't show up at all, leaving a group of us
shivering at the stop for another 20 minutes, I asked the driver of the
9:40 if he knew what had happened to the missing bus.

REDACTED

| 1617117 | http://www.boston.com/dailyglobe2/163/south/
City_tackles_safety_in_center+.shtml
| City tackles safety in center                              |
editor@badtransit.com              | btc@aol.com              | btc
|Even with the stabbing the T Police has one cop for all of the stations in
Quincy and Braintree.  Don't expect much. | 216.129.135.58 | 2003-06-
12 06:34:56 |
| 1617127 | http://www.boston.com/dailyglobe2/163/metro/
Gas_attendant_is_fatally_shot+.shtml
| Gas attendant is fatally shot                              |
editor@badtransit.com              | btc@aol.com              | btc
|I thought the T said this wasn't going forward.  Behind the scenes the
wheels were still turning.  Now the Board wants Mulhern to provide a "HARD
Financial Estimate".  That must be as opposed to the SOFT UNDER-ESTIMATION
that he provided previously. | 216.129.135.58 | 2003-06-12 06:37:52 |
| 1617131 | http://www.boston.com/dailyglobe2/163/south/
Middleborough_commuter_line_extension_urged+.shtml
| Middleborough commuter line extension urged                |
EDITOR@BADTRANSIT.COM              | BTC@AOL.COM              | BTC
|I thought that they said that they were going to invest in the present
system before expanding.  Ah, politics is a strange bedfellow. |
216.129.135.58 | 2003-06-12 06:39:11 |
| 1617137 | http://www.boston.com/dailyglobe2/163/metro/
Operator_OK_s_T_unions_contracts+.shtml
| Operator OK's T unions' contracts                          |
editor@badtransit.com              | btc@aol.com              | btc
|4% a year and a $1000 bonus for applying for a job when your present job
is being eliminated and all of this in tough financial times.  Only at the
MBTA could you do this while Cities and Towns are laying off police, fire,
teachers, and others. | 216.129.135.58 | 2003-06-12 06:41:31 |
| 1617138 | http://www.boston.com/dailyglobe2/163/south/
Wareham_pitches_alternative_route_for_commuter_rail_link+.shtml
| Wareham pitches alternative route for commuter rail link   |
EDITOR@BADTRANSIT.COM              | BTC@AOL.COM              | btc
| | 216.129.135.58 | 2003-06-12 06:42:05 |
| 1642172 | http://www.boston.com/dailyglobe2/175/metro/
Law_calls_for_checks_on_camp_workers+.shtml
| Law calls for checks on camp workers                       |
editor@badtransit.com              | btc@aol.com              |
btc@aol.com              |Guy assaults woman on Green n Line train and then
he says he has a bomb.  T Police close station and call Boston Police for
assistance. The T police has its own bomb cops, ever since Chief Carter
came we rely on Boston PD to do the T Police work.  Recently in the South
End news Carter made some statements about this that pissed off all of the
T cops. | 216.129.135.58 | 2003-06-24 07:02:18 |
| 1645925 | http://www.boston.com/dailyglobe2/176/metro/

**REDACTED**

For_Arborway_trolleys_only+.shtml
| For Arborway, trolleys only                                    |
editor@badtransit.com                | btc@aol.com             | btc
|A ruling against the MBTA.  MBTA strategy:  go ahead with the buses we
want anyway, we'll wait her out, and when her political days are over and
she is gone we'll have her decision changed.  Trust me.  You won't see a
trolley on this line so long as this decision and the woman who made it is
still around. | 216.129.135.58 | 2003-06-25 08:34:36 |
| 1648651 | http://www.boston.com/dailyglobe2/177/metro/
New_England_in_brief+.shtml
| New England in brief                                           |
editor@badtransit.com                | btc@aol.com             | btc
|bicyclist hit by MBTA bus. | 216.129.135.58 | 2003-06-26 06:24:29 |
| 1651622 | http://www.boston.com/dailyglobe2/178/metro/
MBTA_seeks_to_build_housing_over_rail_line+.shtml
| MBTA seeks to build housing over rail line                     |
editor@badtransit.com                | btc@aol.com             | btc
|do you think that they will hold off on the fare increase if they are
bringing in all of this "non-fare revenue"?  OK I was only joking!! |
216.129.135.58 | 2003-06-27 06:25:08 |
| 1651623 | http://www.boston.com/dailyglobe2/178/metro/
New_England_in_brief+.shtml
| New England in brief                                           |
editor@badtransit.com                | btc@aol.com             | btc
|Councilor aide charged in assault case. An aide to Maura Hennigan was
charged with domestic assault.  In addition to being her aide, where does
he work?  You're right, the MBTA.  What a coincidence, I wonder how he got
the job at the MBTA? | 216.129.135.58 | 2003-06-27 06:28:23 |
| 1665303 | http://www.boston.com:80/dailyglobe2/184/metro/
New_England_in_brief+.shtml
| New England in brief                                           |
editor@badtransit.com                | btc@aol.com             | btc
|Intoxicated Bus Driver sings Shaggy's song at arraignment, say's:  "wasn't
me".  The T in its usual CYA says the guy was sober when he checked out for
his run. No one saw him drinking on the bus and the booze wasn't found on
the bus.  Mmmmm, who do you think is a lying? | 216.129.135.58 | 2003-07-03
07:23:28 |
| 1665311 | http://www.boston.com:80/dailyglobe2/184/metro/
T_changes_Silver_Line_plan_to_save_money_Y+.shtml
| T changes Silver Line plan to save money, Y                    |
editor@badtransit.com                | btc@aol.com             | btc
|Can you hear Mulhern in the meeting, "No, no, no, why go down the street
when we can go straight through the newly built YMCA".  Then when the
community gets pissed off he is the "good guy" who changed his own stupid
plan.  What a game he learned well from his mentor Secretary Kevin
Sullivan. | 216.129.135.58 | 2003-07-03 07:26:25 |

| 1667399 | http://www.boston.com:80/dailyglobe2/185/metro/
New_England_in_brief+.shtml
| New England in brief                                        |
editor@badtransit.com                | btc@aol.com              | btc
|indictment of Spaulding, its about time. | 216.129.135.58 | 2003-07-
04 07:52:53 |
| 1670512 | http://www.boston.com:80/dailyglobe2/188/metro/
Access_problems_dog_convention_center+.shtml
| Access problems dog convention center                       |
editor@badtransit.com                | btc@aol.com              | btc
|It's interesting that this article comes out one week after Mulhern
changed his mind about tearing down the Chinatown YMCA for the Silver Line.
Seeing that the neighborhoods do not want buses on the Haul Road of all
places, do you think that he knew that they were digging into these issues
and didn't want his issue of tearing down the YMCA to be the overriding
"political" issue attracting the attention of so many community
organizations and the Governor.  He makes self-preservation and art form. |
216.129.135.58 | 2003-07-07 06:37:13 |
| 1678073 | http://www.boston.com:80/dailyglobe2/190/metro/
Some_have_that_sinking_feeling+.shtml
| Some have that sinking feeling                              |
editor@badtransit.com                | btc@aol.com              | btc
|They said that the MBTA has to "get over the blame game", are they
kidding, that is some of the fuel that keeps the MBTA functioning as a
disfunctional organization.


"If the Metropolitan District Commission and the MBTA are pumping the water
out of these specific sites, that's one thing. But if it's 300 years of
mucking around with the landscape, then that's a bigger problem,'' Pollak
said. ''You've got to get over the blame game and figure out how to solve
it.''


 | 216.129.135.58 | 2003-07-09 08:05:00 |
| 1682080 | http://www.boston.com:80/dailyglobe2/191/metro/
T_to_pay_25_7m_to_update_airwaves+.shtml
| T to pay $25.7m to update airwaves                          |
editor@badtransit.com                | btc@aol.com              | btc
|"The radios used by subway operators and MBTA police are notoriously
vulnerable to system failure."

Over the years when the Union filed grievances saying that the radio system
had deadspots and was unsafe, Mulhern and the T administration argued that
this wasn't true.  Its amazing what $25M will do to an issue.  By the way
Mulhern doesn't know what he is talking about, there is no competition for
"band width".  The radio transmissions get garbled because the MBTA put

multiple receivers in the same area and they "bleed" over onto one another.
| 216.129.135.58 | 2003-07-10 07:31:22 |
| 1685355 | http://www.boston.com:80/dailyglobe2/192/metro/
Group_challenges_T_s_fare_hike+.shtml
| Group challenges T's fare hike                           |
editor@badtransit.com                | btc@aol.com              | btc
|Fare Increase inevitable. Hopefully the Herald article on this is on line.
Willie Davis, MBTA Board, was surprised that people knew about the fare
increase until he was reminded that he voted on a budget that included it.
He then said it was not etched in stone.  OK then its etched in concrete,
just semantics but whose playing with words.  Pretty amazing that he and
the Board already voted on something that they didn't know about and that
Mulhern has been saying for months that he must have. What a span of
attention. | 216.129.135.58 | 2003-07-11 07:31:27 |
| 1685358 | http://www.boston.com:80/dailyglobe2/192/metro/
News_in_brief+.shtml
| News in brief                                           |
editor@badtransit.com                | btc@aol.com              | btc
|$3M to upgrade Leominster Station. | 216.129.135.58 | 2003-07-11 07:32:52
|
| 1690425 | http://www.boston.com:80/dailyglobe2/194/metro/
Violent_crime_increases_on_MBTA+.shtml
| Violent crime increases on MBTA                         |
www.democrats.org                    | TCOP@MBTA.COM            |
TCOP@MBTA.COM              |When you come to Boston make sure you bring your
own protection.  CRIME ON THE TRANSIT SYSTEM IS OUT OF CONTROL. |
216.129.135.58 | 2003-07-14 07:06:32 |
| 1696102 | http://www.boston.com:80/dailyglobe2/197/metro/
Hearing_to_continue_on_sewer_costs+.shtml
| Hearing to continue on sewer costs                      | editor
| btc@aol.com                | btc              | | 216.129.135.58 |
2003-07-16 07:05:46 |
| 1696107 | http://www.boston.com:80/dailyglobe2/197/metro/
Hearing_to_continue_on_sewer_costs+.shtml
| Hearing to continue on sewer costs                      |
editor@badtransit.com                | btc@aol.com              | btc
|Justification for Chief Carters wanting to start and Air Wing with an MBTA
Police Helicopter:
HANSON

Pilot to be charged with flying too low
A pilot who allegedly came dangerously close to an oncoming MBTA commuter
train in Hanson last week will be charged with flying dangerously low by T
police today in Plymouth District Court. Witnesses said the crop-dusting
helicopter crossed about 12 feet above the tracks as the train approached
at around 75 miles per hour, police said. Pilot Leo R. Boucher, 39, of

REDACTED

Manchester, N.H., told T police he did not know the train was coming as his helicopter buzzed the tracks last Thursday. Bouchard said he was trying to get the attention of a nearby fisherman before spraying an adjacent cranberry bog. T police located the helicopter via a tail number spotted by the train's engineer and passengers, who told police they feared a collision.

| 216.129.135.58 | 2003-07-16 07:07:04 |
| 1696109 | http://www.boston.com:80/dailyglobe2/197/metro/ Ex_guard_gets_award_in_case_of_gay_bias+.shtml
| Ex-guard gets award in case of gay bias                    |
mitchnotis@aol.com                    | tjo3123@aol.com        | Tom
|Similar facts to Lisa.  Thought you might want to check it out. |
216.129.135.58 | 2003-07-16 07:09:28 |
| 1702446 | http://www.boston.com:80/dailyglobe2/199/metro/ Home_lawn_invasion+.shtml
| Home lawn invasion                                         |
editor@badtransit.com                 | btc@aol.com            | btc
|Brian McGrory from the Globe did a column on the letter to the editor that I sent you yesterday. | 216.129.135.58 | 2003-07-18 08:39:39 |
| 1702454 | http://www.boston.com:80/dailyglobe2/199/metro/ No_signs_from_above+.shtml
| No signs from above                                        |
editor@badtransit.com                 | btc@aol.com            | btc
|same, but with a different and interesting headline | 216.129.135.58 | 2003-07-18 08:41:28 |
| 1717869 | http://www.boston.com:80/dailyglobe2/206/metro/ Prospects_for_change_in_Quinn_Bill_fade+.shtml
| Prospects for change in Quinn Bill fade                    |
chfdiblasi@aol.com                    | milfordchief@aol.com  | Tom
OLoughlin                    |QUINN BILL CHANGES DOA. GLOBE CITES TWO "UNIONS": MCOPA AND SPAM.  CONGRATS, YOU DID A GREAT JOB IN PROTECTING THIS BENEFIT.
   216.129.135.58 | 2003-07-25 07:52:09 |
| 1718423 | http://www.boston.com:80/dailyglobe2/206/metro/ _Slinky_buses_await_their_Boston_debut+.shtml
| 'Slinky' buses await their Boston debut                    |
EDITOR@BADTRANSIT.COM                 | BTC@AOL.COM            | BTC
|ONLY THE MBTA WOULD BUY BUSES THAT OTHER TRANSIT AGENCIES HAVE HAD SAFETY PROBLEMS.

1.  "blind spots are larger"

2.  "the bus's flexible, accordion-like midsection has a habit of swinging out 9 to 15 inches in the opposite direction of travel"

3.  ''never let your guard down for one second" or "you're going to hear the crunch,'' the sickening sound of metal-on-metal when a bus hits another

''No idea.''                                                    **REDACTED**

How, I asked, could I find out?

''Pick up the phone.''

Now, I know this is a time of scarcity, but are words in such short supply that the T's bus drivers aren't allowed to use subjects in their sentences?

Don't get me wrong. I love this city despite its big civic chill, and I'm more than used to its ways. So why is this on my mind?

Well, partly because I ran into Terry McAuliffe, the Democratic National Committee chairman, down at the Democratic debate in Columbia, S.C., a few weeks back. He was all aglow about bringing his party's 2004 convention to Boston.

| 216.129.135.58 | 2003-05-28 06:34:44 |
| 1588575 | http://www.boston.com/dailyglobe2/149/metro/
MBTA_approves_deal_on_Allston_tract+.shtml
| MBTA approves deal on Allston tract                          |
EDITOR@BADTRANSIT.COM                | BTC@AOL.COM               | BTC
|FYI | 216.129.135.58 | 2003-05-29 15:50:45 |
| 1589408 | http://www.boston.com/dailyglobe2/150/metro/
Harvard_land_deal_is_halted_by_Galvin+.shtml
| Harvard land deal is halted by Galvin                        |
editor@badtransit.com                | btc@aol.com               | btc
|At the last minute it gets all screwed up.  Harvard will come to learn
that anything the MBTA is involved in is guaranteed to be screwed up.
period. | 216.129.135.58 | 2003-05-30 06:13:35 |
| 1589410 | http://www.boston.com/dailyglobe2/150/metro/
New_bias_claim_vs_defendant+.shtml
| New bias claim vs. defendant                                 |
editor@badtransit.com                | btc@aol.com               | btc
|The MBTA was jumping up and down about zero tolerance.  So the cops know
what is the level of tolerance for this guy? T cops are being very
selective so they don't get jammed up by the politicians and Mulhern. |
216.129.135.58 | 2003-05-30 06:18:01 |
| 1600359 | http://www.boston.com/dailyglobe2/155/metro/
Records_sought_as_T_readies_fare_hike+.shtml
| Records sought as T readies fare hike                        |
editor@badtransit.com                | btc@aol.com               | btc
|fyi. Let the games begin. The fight is on. | 216.129.135.58 | 2003-06-
04 06:54:00 |
| 1602569 | http://www.boston.com/dailyglobe2/156/metro/
Ex_T_officer_loses_license_over_fatal_auto_accident+.shtml

**REDACTED**

| Ex-T officer loses license over fatal auto accident                    |
editor@badtransit.com           | btc@aol.com              | btc
|balanced article | 216.129.135.58 | 2003-06-05 06:19:40 |
| 1602574 | http://www.boston.com/dailyglobe2/156/metro/
MBTA_police_chief_seeks_to_boost_neighborhood_outreach+.shtml
| MBTA police chief seeks to boost neighborhood outreach            |
editor@badtransit.com           | btc@aol.com              | btc
|finally the 1000 day plan will be in. cops around the station are already
blowing this plan up as a PR move. if the plan is "very specific" then why
wouldn't he say the locations that are "high crime" where the numbers of
cops are going to beeffed up.  the civilian coordinator position and the
civilian review board Chief O'Loughlin had done over a year ago but the T
administration didn't want us to do the right thing at that point so they
kept throwing up roadblocks.  lets see if it puts more then 100 cops on the
subway like the O'Loughlin plan did and whether the guy's will respond to
the challenge or figure this is just another PR stunt by the T. |
216.129.135.58 | 2003-06-05 06:26:55 |
| 1609140 | http://www.boston.com/dailyglobe2/160/metro/
Man_26_is_slain_in_street_shooting+.shtml
| Man, 26, is slain in street shooting                          |
editor@badtransit.com           | btc@aol.com              | btc
|This guy was murdered while waiting for the bus at an MBTA bus stop.  The
Chief says he needs all of these cops in cruisers and on motorcycles to
deal with these types of incidents.  Where were they? | 216.129.135.58 |
2003-06-09 06:56:11 |
| 1614719 | http://www.boston.com/dailyglobe2/162/metro/
Defense_of_MBTA_s_ad_policy_is_costly+.shtml
| Defense of MBTA's ad policy is costly                         |
editor@badtransit.com           | btc@aol.com              | btc
|$1 MILLION and counting spent to fight to cases for ads about CHRISTMAS
and LEGALIZING MARIJUANA.  UNBELIEVABLE!!!! they could have hired 20 cops
with this money.  Fare increase for transit services or the "MBTA Re-
Employment Act for Boston Lawyers". | 216.129.135.58 | 2003-06-11 07:21:08
|
| 1614723 | http://www.boston.com/dailyglobe2/162/metro/
New_chief_administrative_judge_chosen+.shtml
| New chief administrative judge chosen                         |
editor@badtransit.com           | btc@aol.com              | btc
|The "Beer Can Bomber" plead not guilty so they sent him to a mental
hospital.  They should have sent this poor soul home. | 216.129.135.58 |
2003-06-11 07:22:39 |
| 1614726 | http://www.boston.com/dailyglobe2/162/metro/
Schools_may_post_assignments_on_Web+.shtml
| Schools may post assignments on Web                           |
editor@badtransit.com           | btc@aol.com              | btc
|Fatality on Commuter Rail | 216.129.135.58 | 2003-06-11 07:23:58 |