**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


_____
                  Plaintiff(s)

                                                    CIVIL ACTION
         V.
                                                    NO. _____

_____
                  Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

                  TO JUDGE _____


The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

On _____ I held the following ADR proceeding:

         SCREENING CONFERENCE           EARLY NEUTRAL EVALUATION

         MEDIATION                      SUMMARY BENCH / JURY TRIAL

         MINI-TRIAL                     SETTLEMENT CONFERENCE


All parties were represented by counsel  [except _____]

The parties    were /    were not  present in person or by authorized corporate officer [except

_____].

The case was:

Settled.  Your clerk should enter a _____ day order of dismissal.

There was progress.  A further conference has been scheduled for _____ unless the

case is reported settled prior to that date.

Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

Suggested strategy to facilitate settlement:




_____                          _____
   DATE