UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS J. O'LOUGHLIN, <br><br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY and ANNE McCALL and MICHAEL MULHERN <br><br> Defendants | C.A. No. 04-10257-PBS |

**TRANSMITTAL AFFIDAVIT OF GREGORY M. REISER IN SUPPORT OF DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

I am an associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants Massachusetts Bay Transportation Authority ("MBTA"), Anne McCall ("McCall"), and Michael Mulhern ("Mulhern") in the above-captioned matter. True and accurate copies of the below-listed documents are attached to Defendants' Rule 56.1 Statement of Undisputed Material Facts in support of their Motion for Summary Judgment:

1. Complaint filed by Plaintiff is attached as Exhibit A.

2. Excerpts of the transcript of the deposition of Anne McCall dated 9/21/2007 are attached as Exhibit B.

3. Excerpts of the transcript of the deposition of Michael H. Mulhern dated 4/13/2007 are attached as Exhibit C.

4. Excerpts of the transcript of the deposition of Thomas J. O'Loughlin dated 9/27/2006 are attached as Exhibit D.

5. Excerpts of the transcript of the deposition of Thomas J. O'Loughlin dated 3/30/2007 are attached as Exhibit E.

6. Excerpts of the transcript of the deposition of William Fleming dated 3/22/2007 are attached as Exhibit F.

7. Excerpts of the transcript of the deposition of Lisa M. Riccobene dated 3/23/2007 are attached as Exhibit G.

8. Excerpts of the transcript of the deposition of William A. Mitchell, Jr. dated 9/17/2007 are attached as Exhibit H.

9. Boston Globe article dated 2/26/2004 entitled "Police Chief Sues MBTA, Alleges Retaliation" is attached as Exhibit I.

10. Excerpts of the transcript of the deposition of Franklin D. Wolverton dated 3/29/2007 are attached as Exhibit J.

11. Excerpts of the transcript of the deposition of Paul Byrne dated 9/18/2007 are attached as Exhibit K.

12. Letter dated October 29, 2002 from Mitchell Jay Notis to Gregory A. Manousos is attached as Exhibit L.

13. Excerpts of the transcript of the deposition of Christopher Donahue dated August 31, 2007 are attached as Exhibit M.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22nd DAY OF OCTOBER, 2007.

/s/ Gregory M. Reiser
Gregory M. Reiser

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I caused a true and accurate copy of the above document to be served via the Court's electronic docketing system upon Mitchell J. Notis, Esq., Law Office of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02446.

/s/ Gregory M. Reiser
Gregory M. Reiser

US1DOCS 6406497v1