113

1          MS. LUKEY:   Objection.

2     A.    Yes.   Well, probably even above MBTA

3     management.

4     Q.    Who would that be?

5     A.    I would think anybody from the Governor or

6     whoever was in charge, that they were probably

7     concerned, too.

8     Q.    And in terms of zero tolerance, was that

9     policy ever cancelled, to your knowledge?

10    A.    The program Operation Care stopped, and we

11    don't go out on the commuter rail anymore.  In fact,

12    they gave an officer an Officer of the Month for

13    taking a couple of kids home for catching them on

14    the right-of-way last week.

15    Q.    Do you have any idea if anything about the

16    Zero Tolerance Policy is currently on the MBTA

17    Police website?

18    A.    It was definitely on the website when Chief

19    Carter was here.  But the website has been revamped.

20    You'd have to go to the website.  They probably have

21    it right there.

22    Q.    You mentioned earlier today that while

23    there were two people -- strike that.

24          In terms of MBTA officers who left the

122

1    supervisors have to have it.

2        Q.    Okay.  Do you have any knowledge whether

3    the people who you had called "the haters" had taken

4    the SIDS course already or not?

5        A.    No.

6        Q.    You don't know one way or the other?

7        A.    No.

8        Q.    Now, when you had that second conversation

9    with McCall where you said you were tired of this

10   and so on, did she express any negativity at all to

11   Tom O'Loughlin teaching?

12       A.    No.

13       Q.    At the time you had this second

14   conversation with her, did you have any knowledge or

15   any reason to believe she might be opposed to Tom

16   O'Loughlin teaching?

17       A.    I only go back to when she was talking

18   about some type of certification in the previous

19   thing.  You know, this was a month --

20       Q.    I'm losing you on that.  What do you mean?

21       A.    I mentioned that this morning; that she

22   said something about certification.

23       Q.    Yes.

24       A.    And that's probably what you're referring

132

1  with me.

2      Q.   So Mulhern tells you this.  Did you tell

3  him at all you didn't think it was right that Tom

4  would be pulled from teaching the course?

5      A.   I said, if I remember correctly, I said

6  "Michael, Tommy lost his kid to SIDS.  This is

7  important to him."  And he said, "I have nothing

8  against Tom O'Loughlin.  I just don't think it's a

9  good idea."

10     Q.   Have you ever discussed Anne McCall with

11 Mike Mulhern?

12     A.   Just the one night he called my house.

13     Q.   Other than that, you haven't?

14     A.   No.

15     Q.   How long have you known Mike Mulhern?

16     A.   I probably met Michael when he was an

17 inspector, you know, somewhere 15, 20 years ago.

18     Q.   And based on your knowledge of him, is it

19 your opinion that he's someone that might be

20 vindictive or retaliatory?

21         MS. LUKEY:  Objection.

22     A.   No.  I've seen vindictive and retaliatory.

23 I would say he's not in the league of some of the

24 people I know.

# EXHIBIT G

1

Volume I
Pages 1 to 117
Exhibits None

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -x
                                    :
THOMAS J. O'LOUGHLIN,               :
          Plaintiff,                :
                                    :
     vs.                            :    Civil Action
                                    :    No. 04-10257 MEL
MASSACHUSETTS BAY                   :
TRANSPORTATION AUTHORITY and        :
ANNE McCALL and MICHAEL             :
MULHERN,                            :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - - - - -x

          DEPOSITION OF LISA M. RICCOBENE, a witness
called on behalf of the Defendants taken pursuant to
the Federal Rules of Civil Procedure, before Jane M.
Williamson, Registered Merit Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at the Offices of Wilmer Cutler Pickering Hale and
Dorr LLP, 60 State Street, Boston, Massachusetts, on
Friday, March 23, 2007, commencing at 10:26 a.m.

PRESENT:

     Michael J. Notis, Esq.,
          370 Washington Street, Brookline, MA
          02445, for the Plaintiff.

     Wilmer Cutler Pickering Hale and Dorr LLP
          (By Joan A. Lukey, Esq., and Greg M.
          Reiser, Esq.)
          60 State Street, Boston, MA  02109,
          for the Defendants.

                    *  *  *  *  *

2

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| LISA M. RICCOBENE | | | | |
| BY MS. LUKEY | 3 | | | |
| BY MR. NOTIS | | 113 | | |

\* \* \* \*

E X H I B I T S

None

\* \* \* \*

13

1    that the first occasion on which you had met Chief

2    O'Loughlin?

3        A.    No.

4        Q.    In what context had you known him

5    previously?

6        A.    He's been a personal friend of mine --

7    actually, my best friend my entire adult life.

8        Q.    Tom O'Loughlin has been your best friend

9    your entire adult life?

10       A.    Uh-hum.

11       Q.    Yes?

12       A.    Yes.  I'm sorry.  I'm sorry.

13       Q.    And is that true today?

14       A.    Yes.

15       Q.    I'm sorry, I forget; what town do you live

16    in?

17       A.    I live in Winthrop.

18       Q.    So he doesn't live near you?

19       A.    No, he does not.

20       Q.    When you say he's been your best friend for

21    your entire adult life, can you tell us at what

22    point in your life you became close friends with

23    him.

24       A.    I became close friends with him when I

1    Q.  Anything that he ever said to you, whether

2  it was about his feelings, about his perception of

3  the facts or any other subject.

4    A.  He was very hurt, and he was -- excuse my

5  language -- very pissed off.  This was an insult to

6  him and his son's memory.  He may be the Chief of

7  Police and he may be, you know, an attorney and all

8  that other good stuff, whatever you want to call it;

9  but when it comes down to it, there's nothing more

10  important to him than his children.  And if you knew

11  him in his everyday life and what he does for his

12  boys on a daily basis, you would understand why he

13  felt the way he did.

14        This is very cathartic for him to teach the

15  course.  It's a way of him coping with Michael's

16  death.  I mean, to this day, he still cries about

17  Michael.  And he'll go through what he'll refer to

18  as waves.  You know, one day it's good, and then one

19  day it will just hit him, and he will just have a

20  really bad day, even though it's all these years

21  later.

22        So for him to be told that he could not

23  teach at the Academy, it was an insult to his son's

24  memory, and it was not -- it hurt him terribly.  I

32

1    mean, it really hurt him, because this was his way

2    of dealing with what happened to him.

3         Q.   Did he ever say anything to you about

4    Michael Mulhern's role in his not teaching at the

5    Academy?

6         A.   Yes.

7         Q.   What did he say to you?

8         A.   Well, he just said that Michael Mulhern had

9    told Lieutenant Fleming -- or I don't know, Billy

10   Fleming; I don't even know what his rank is now --

11   that he could not teach at the Academy.  And Billy's

12   opinion was that it was a form of retaliation.

13        Q.   That's what Chief O'Loughlin told you?

14        A.   Yes.

15        Q.   Did he say anything -- did he suggest to

16   you that it was a form of retaliation by Michael

17   Mulhern?

18        A.   Yes.

19        Q.   What did he say in that regard?

20        A.   He said that Mike Mulhern called Billy, who

21   was the acting Chief of Police, and basically told

22   him that Tom was not allowed to step foot in the

23   Academy.  And then when Billy then passed the

24   message on, you know, he said to Tom, "This is

77

1  the end of the first contract that he was told that

2  it would not be renewed?

3      A.    I'd say that was fair, to say several

4  months.

5      Q.    Did he tell you who it was that informed

6  him the contract would not be renewed?

7      A.    No, he didn't.

8      Q.    Did he say anything to you about his

9  feelings regarding the fact that the contract would

10 not be renewed?

11     A.    I think that he said that -- I think he had

12 mixed feelings, based on our conversation, mixed

13 feelings for the fact that he had a wife and

14 children and responsibilities.

15          The other I think was relief that, you

16 know, with all the politics and the baloney that

17 transpired on a daily basis, I think he was

18 relieved.

19     Q.    Were there issues going on at the T

20 regarding problems with community groups during his

21 tenure?

22     A.    Yes.

23     Q.    Can you tell us what those issues were?

24     A.    There were a few of them.  There was a

78

1    plainclothes anti-crime unit that Nancy O'Loughlin

2    headed that supposedly or allegedly had to do --

3    they claimed, the community claimed, that it was

4    racial profiling.  So at one point there was an

5    issue over that.  And I know that Nancy O'Loughlin

6    came to Tom's office, because she asked me if he had

7    a few minutes.  And she decided to voluntarily stop

8    the plainclothes unit while all of this was going

9    on.

10        Q.    So she suggested suspending the operation?

11        A.    Right.  Now, do you want me to elaborate on

12   that?

13        Q.    I'm really interested not so much in their

14   conversation, as in whether there were issues going

15   on involving the community in connection with the T

16   police force.  If your elaboration relates to that,

17   then yes.

18        A.    Okay, then I will.  Then there was --

19   supposedly there was a zero tolerance policy that

20   was never really a zero tolerance policy at the

21   MBTA.  And there were allegations through this

22   woman, Lisa Thureau-Grey, that they were racial

23   profiling children, specifically black children on

24   the MBTA.

79

1          Now, it's kind of ironic, because Lisa
2     Thureau-Grey is related to a police officer at the
3     T.  And she became very friendly with people like
4     John Martino and Greg Lee and Paul Byrne.  So that
5     was to me -- I mean, now the woman is teaching a
6     course at the MBTA.

7          The anti-crime unit that was disbanded has
8     just been put back into effect, I think in the last
9     week or so, because it's very necessary.  And in my
10    opinion, it became a black and white issue.  And you
11    had the likes of Diane Wilkerson, the Reverend Don
12    Muhammad and people like Marie St. Fleur, that they
13    were, you know, pounding their -- you know, we're
14    racial profiling.  They were just looking for their
15    ten minutes of sunshine.

16         In fact, they actually started a racial
17    profiling task force that I had to handle for the
18    Chief, and the person that ran it was Reverend Don
19    Muhammad.  And first of all, I wasn't allowed to
20    contact him directly, because he didn't like to deal
21    with women, so I'd have to go around him and deal
22    with somebody by the name of Lorraine Carley.

23         So one day I had to drop off papers to him.
24    I really don't know what his story was, but it was a

80

1    storefront in Roxbury.  And I have to tell you that

2    as a person of Italian heritage, if I had a place

3    like this, they would think that I had some kind of

4    Mafia operation in the back room.  I mean, it was a

5    supposed cleaners, but it supposedly did something

6    else.

7            But bottom line, Reverend Don Muhammad was

8    looking for jobs for his children at the MBTA.  That

9    was the way he was going to resolve the situation.

10   And they would meet once a week.  And nothing's

11   changed at the MBTA.

12       Q.   In addition to these community issues, were

13   there problems with the Patrolmen's Union during

14   Chief O'Loughlin's tenure?

15       A.   Oh, yes, the Patrolmen's Union had a Vote

16   of No Confidence against Tom.

17       Q.   Do you remember when that was?

18       A.   I don't remember the specific date of it,

19   but I do remember it happening.

20       Q.   Apart from the Vote of No Confidence, were

21   there other tensions that were ongoing in nature

22   between the Chief and the union?

23       A.   There were ongoing tensions between Paul

24   Byrne and Greg Lee with the Chief.  With that said,

1      Q.   Are you saying that two transit police

2  officers at Downtown Crossing said to you wonderful

3  things about Tom O'Loughlin and critical things

4  about Joe Carter?

5      A.   That's correct.

6      Q.   Do you know who they were?

7      A.   I don't remember who they were.

8      Q.   What did they say about Tom O'Loughlin?

9      A.   "How's he doing?  How's the Chief?"  You

10  know, "We really miss him.  This new guy" -- it's

11  the same thing that they say about everybody else.

12  "This knew guy came in, and he's screwing everything

13  up."

14      Q.   And is there anyone else besides these two

15  individuals, whose names you cannot recall, who has

16  said to you that there are positive feelings towards

17  Chief O'Loughlin currently at the department?

18      A.   There are other officers that I have run

19  into, maybe at birthday parties at Lieutenant

20  O'Loughlin's house and things of that nature.

21      Q.   At Nancy O'Loughlin's house?

22      A.   Yes.

23      Q.   Do you continue to socialize with Nancy

24  O'Loughlin?

84

1       A.    I do.

2       Q.    Did you know her before you went to work at

3    the T?

4       A.    I did not know her.  I knew her in passing,

5    but I did not know her.  I know her very well now.

6       Q.    Are you friends?

7       A.    Yes, we're very good friends.

8       Q.    Can you tell us the name of any officers

9    who have said things about Tom O'Loughlin currently?

10      A.    Greg Kerianis.

11      Q.    What has Greg Kerianis' said to you?

12      A.    He just said that he thought that Tom was

13   not treated fairly and that he thought that he was a

14   good Chief.

15      Q.    Anything else you recall?

16      A.    No.

17      Q.    Anybody else that you recall?

18      A.    No.

19      Q.    You're no longer dating a T officer, are

20   you?

21      A.    No.

22      Q.    So the occasions on which you would see T

23   personnel would be perhaps at their stations in the

24   city or at Nancy O'Loughlin's house?

88

1    reason as to why he would not be teaching?

2        A.    No, I don't believe he was given a reason.

3        Q.    Have you told us all you can recall of the

4    conversation in which he called to tell you that he

5    would not be teaching?

6        A.    I don't remember the specific conversation.

7    I mean, I had my own conversations, so...

8        Q.    I'm sorry, what do you mean when you say

9    you had your own conversations?

10       A.    I had a conversation -- I'm trying to

11   think.  I had a conversation with -- I remember Tom

12   calling me and telling me that he was not going to

13   be -- he couldn't teach at the Academy.  They

14   weren't going to allow him to.

15            And then I remember having a conversation

16   with Nancy that Frank Wolverton was told that Tom

17   O'Loughlin was not going to be allowed to teach at

18   the Academy and that he wasn't allowed to step foot

19   in the Academy.

20       Q.    Let's come back to that one in a second.

21   Let me just be sure I have all your information on

22   the call with Tom O'Loughlin.

23            Have you told us everything that he said or

24   you said in that conversation?

90

1   O'Loughlin.

2       A.    Right.

3       Q.    Did she call you?

4       A.    Yes.

5       Q.    Was that the next conversation that related

6   to the issue of whether Chief O'Loughlin would teach

7   at the Academy?

8       A.    I don't know what the sequence -- I know it

9   came after.  When after, I don't know.  It could

10  have been that evening, the next day.  I don't know.

11  But she had called me and said that Frank Wolverton

12  was upset because he was told that Tom O'Loughlin

13  couldn't teach the course, and he wasn't allowed to

14  step foot at the MBTA Academy.

15      Q.    To the best of your memory, are those the

16  words that she used?

17      A.    Well, I mean, I'm paraphrasing.  You know,

18  I don't know specifically what was said.

19      Q.    I understand that you likely cannot

20  remember the precise words.

21      A.    Right.

22      Q.    I just want to know if that's as close as

23  you can get.

24      A.    That's as close as I can get.

1    can't isolate a specific conversation that we had.

2        Q.   Is Nancy O'Loughlin also one of your best

3    friends?

4        A.   Nancy is a very, very good friend to me,

5    and I am a very good friend to her.  In fact, I just

6    confirmed her two daughters a couple of Saturdays

7    ago.  I'm very friendly with her.  I'm very friendly

8    with her mother.

9        Q.   What is the relationship, if any, between

10   Tom O'Loughlin and Nancy O'Loughlin?

11       A.   They don't have any relationship

12   whatsoever.  The only link to Tom and Nancy are the

13   fact that Nancy worked for Tom and Nancy is related

14   to -- Tom is related to Nancy's husband.  But as far

15   as them going to dinner, seeing each other,

16   whatever, it's wakes, funerals, maybe a wedding.

17       Q.   Have you had any other conversations with

18   William Fleming about Tom O'Loughlin teaching at the

19   Academy that you have not told us about?

20       A.   No, I have not spoken to Billy at all.

21       Q.   Did William Fleming ever tell you that he

22   believed that Anne McCall was retaliating against

23   Tom O'Loughlin?

24       A.   I don't know if he used -- no, he didn't

113

1  done.

2          (Recess taken from 12:47 to 12:50)

3      BY MS. LUKEY:

4      Q.   Did your boyfriend, Mr. Sullivan, ever say

5  anything to you regarding Tom O'Loughlin teaching at

6  the Academy?

7      A.   No.

8      Q.   What are your present feelings regarding

9  Michael Mulhern?

10     A.   My present feelings?  My personal feelings

11 about him is I don't like him.

12     Q.   And how about your present feelings about

13 Anne McCall?

14     A.   I don't like her.  I never have.

15         MS. LUKEY:  I have nothing further.  Thank

16 you very much.

17         MR. NOTIS:  Very briefly.

18                  CROSS EXAMINATION

19     BY MR. NOTIS:

20     Q.   I'm just a little confused about one of the

21 answers you gave towards the end of your

22 examination.

23         Is it correct you said that William Fleming

24 used some words to indicate to you that he thought

# EXHIBIT H

**William A. Mitchell, Jr.**
**September 17, 2007**



1

Vol. 1, Pgs. 1-33

Exhibits None


UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

THOMAS J. O'LOUGHLIN

        Plaintiff

v.                      CA No. 04-10257-MEL

MASSACHUSETTS BAY TRANSPORTATION

AUTHORITY and ANNE McCALL and

MICHAEL MULHERN

        Defendants

- - - - - - - - - - - - - - - - -



DEPOSITION of WILLIAM A. MITCHELL, JR.

Monday, September 17, 2007 - 10:20 a.m.

WilmerHale

60 State Street

Boston, Massachusetts


Reporter: Jill K. Ruggieri, RMR/CRR

William A. Mitchell, Jr.
September 17, 2007

2

APPEARANCES:


Law Office of Mitchell Notis

     Mitchell Notis, Esq.

     370 Washington Street

     Brookline, Massachusetts 02445

     on behalf of the Plaintiff


WilmerHale

     Joan A. Lukey, Esq.

     60 State Street

     Boston, Massachusetts 02109

     on behalf of the Defendants

William A. Mitchell, Jr.
September 17, 2007

10

```
 1    A    I do; I do.

 2    Q    Okay.

 3               Do you recall Tom O'Loughlin ever

 4         telling you in a meeting or otherwise --

 5         strike that.

 6               Do you know someone named Ann McCall?

 7    A    Yes.

 8    Q    And who is Ms. McCall?

 9    A    She was the deputy chief under Tom

10         O'Loughlin.  She is -- I believe her rank --

11         civil service rank is lieutenant, but I'm

12         not sure of that, within the department,

13         police department.

14    Q    I'm sorry.

15               In any conversation you ever had with

16         Tom O'Loughlin, did he ever claim that

17         McCall had been retaliating or

18         discriminating against Peixoto?

19    A    Probably.

20               There was ongoing issues between

21         Peixoto and Ann and the chief, so I would

22         get calls from Tom every once in a while

23         complaining about Ann.

24    Q    Okay.
```

William A. Mitchell, Jr.
September 17, 2007

11

```
 1              Do you recall if in any of those

 2        calls Tom said -- Tom O'Loughlin said that

 3        McCall was retaliating against Peixoto or

 4        discriminating against him?

 5   A    I don't think -- I would have remembered

 6        those words, because those words in my

 7        capacity have a meaning.

 8   Q    Sure.

 9   A    I'm sure he complained.  I don't remember

10        him using the word "retaliating."  And those

11        would have stuck in my mind, I believe.

12   Q    Understood.

13              I take it, then, you don't recall Tom

14        ever making a statement like that at a board

15        meeting?

16   A    No.

17   Q    And when I say a board meeting, I guess

18        there are executive committee meetings that

19        happened as well?

20   A    The board meetings are official meetings

21        once a month by the board of directors.

22   Q    Right.

23   A    We have within the Authority senior staff

24        meetings, various staff meetings; but with
```

William A. Mitchell, Jr.
September 17, 2007

13

1      discussing firing Mr. Peixoto or terminating

2      his employment?

3    A   Board members, no.

4    Q   Did that come up during senior staff

5      meetings?

6    A   No.

7    Q   Do you recall any discussion at board

8      meetings of Tom O'Loughlin teaching at the

9      MBTA Police Academy?

10   A   At board meetings?

11   Q   Yes.

12   A   No.

13   Q   Did that ever come up in any other meetings

14      you attended?

15   A   (Witness shakes head.)

16   Q   You have to answer out loud, sir.

17         MS. LUKEY: Well, wait a minute.

18   Q   Other than conversations you may have had --

19   A   I have to think about --

20         MS. LUKEY: Hold on a second.

21         MR. NOTIS: Yes, go ahead.

22         MS. LUKEY: If there is a

23      conversation in which your advice was being

24      sought, your legal advice with anybody at

William A. Mitchell, Jr.
September 17, 2007

17

```
 1            When I was through with Judge Tauro,
 2       as I was leaving, he stood up, shook my
 3       hand, asked how I was doing.  I asked how he
 4       was doing, and that was about it.
 5            Just exchanged pleasantries and moved
 6       on.
 7   Q   Okay.
 8            And in the phone conversations you
 9       mentioned, which may have been one or more,
10       what do you recall about those
11       conversations?
12   A   I remember talking to him, and I thought he
13       was calling because there was an issue on
14       his severance.  There was a question on
15       vacation time.  Whether he was -- he claimed
16       so much vacation time.
17            There was an issue about that, and I
18       assumed he was calling on that.  And I
19       believe he was calling -- he raised the
20       issue about teaching at the Academy and so
21       forth.
22   Q   Do you recall what he said?
23   A   No.
24            I think he impressed upon me how
```

William A. Mitchell, Jr.
September 17, 2007

18

```
 1        important it was to him because of the

 2        subject matter and so forth.

 3   Q    Do you recall if that conversation was

 4        shortly after Mitt Romney's inauguration as

 5        governor of Massachusetts?

 6   A    I couldn't tell you timewise.

 7   Q    Do you recall Tom O'Loughlin telling you in

 8        that conversation that he had seen you on

 9        the news at the inauguration shaking hands

10        with Bob Cordy?

11   A    No, but if he told me that, he was

12        incorrect.

13   Q    Okay.

14   A    I never attended the inaugural, so --

15   Q    Okay.

16             During this conversation, did Tom

17        O'Loughlin say anything to you about Anne

18        McCall being retaliatory against him?

19   A    Again, I don't know if those words --

20        "retaliatory" was used.

21   Q    Okay.

22   A    I would have again been sensitive to him.

23             I think he did complain about Anne.

24             And, you know, I mean, the problem,
```

**William A. Mitchell, Jr.**
**September 17, 2007**

19

| | | |
|---|---|---|
| 1 | | you have to understand, is there was an |
| 2 | | ongoing battle between Anne and the chief -- |
| 3 | | MS. LUKEY:  Okay.  Let's limit |
| 4 | | ourselves to the question asked. |
| 5 | | THE WITNESS:  Sorry. |
| 6 | A | I believe he raised her name, yes. |
| 7 | Q | Okay. |
| 8 | | Do you recall the context in which he |
| 9 | | raised her name? |
| 10 | A | I think he was blaming her for the fact that |
| 11 | | he couldn't teach. |
| 12 | Q | Okay. |
| 13 | | And did he -- do you recall him |
| 14 | | giving any reason why she would have not |
| 15 | | wanted him to teach? |
| 16 | A | I don't remember it.  I don't think I would |
| 17 | | have needed a reason.  There was bad blood |
| 18 | | there. |
| 19 | Q | Okay. |
| 20 | | And did you respond when he told you |
| 21 | | that, sir? |
| 22 | A | I don't have a memory of it. |
| 23 | Q | Do you recall telling Tom O'Loughlin when he |
| 24 | | mentioned McCall interfering with his |

William A. Mitchell, Jr.
September 17, 2007

20

```
 1           teaching saying "Are you surprised"?

 2      A    That would be consistent, given the history.

 3      Q    You're saying you don't recall the word

 4           "retaliatory" or "retaliation" being used?

 5      A    No, no, that --

 6      Q    And, I'm sorry, just to follow up on your

 7           prior answer, I understand you say it would

 8           be consistent with you saying "Are you

 9           surprised," but --

10      A    Consistence on the relationship.

11                My -- my statement to him would have

12           been, "Tom, are you surprised given their

13           relationship?"

14      Q    Do you remember saying that?

15      A    No.

16      Q    Okay.

17      A    No.

18      Q    Do you recall Tom O'Loughlin in his

19           conversation saying that McCall was doing

20           this due to retaliation for his involvement

21           in MCAD matters?

22      A    I don't have a memory of that, no.

23      Q    Did Tom -- did Tom suggest that he might

24           have to litigate this matter?
```

**Merit Reporting**
**508.850.6923**

William A. Mitchell, Jr.
September 17, 2007

21

```
 1    A    I believe he did.

 2    Q    And did you respond to that?

 3    A    I don't remember if I did or not.

 4    Q    Do you recall saying that it would not be

 5         necessary and that you would look into the

 6         matter and get back to him?

 7    A    I may have said that.  As counsel, I would

 8         look into the issue.

 9    Q    And I appreciate your answer, Mr. Mitchell,

10         but I'm just trying to figure out --

11    A    I don't have a memory of it.

12    Q    Thank you.

13              Do you recall giving Mr. O'Loughlin

14         your cellphone number at that time?

15    A    No.

16    Q    Okay.

17              Is there anything else you recall

18         about that conversation that either you said

19         or Chief O'Loughlin said?

20    A    Not really.

21              I remember the conversation vaguely

22         and that's it.  No, really can't remember

23         details.

24    Q    And I take it the two of you were the only
```

William A. Mitchell, Jr.
September 17, 2007

23

```
 1            after that first conversation?

 2    A    I don't remember.

 3    Q    Okay.

 4                And do you recall initiating a call

 5         to Tom O'Loughlin after that?

 6    A    No.

 7    Q    Did you do any investigation or look into

 8         this matter after the conversation with

 9         O'Loughlin that you do recall?

10    A    I think I did discuss it with several

11         people.

12    Q    Do you recall who you discussed it with?

13                MS. LUKEY:  Well, now we're getting

14         into --

15                MR. NOTIS:  Just --

16                MS. LUKEY:  Well, you've asked him

17         the subject matter; so given the subject

18         matter, I'm concerned about him disclosing

19         the names of people.

20                I think the question was asked -- I

21         probably should have objected at that point,

22         but I didn't know where it was going.

23                I don't want him to answer, because

24         he shouldn't be talking about what subject
```

**Merit Reporting**
**508.850.6923**

William A. Mitchell, Jr.
September 17, 2007

24

```
 1        matter he discussed with whom if it was

 2        within the course of rendering legal advice.

 3   Q    And I take it it was, sir --

 4   A    It was, yes, yes.

 5   Q    -- in the course of rendering legal advice?

 6   A    Yes, it would --

 7   Q    Okay.

 8             Did you inform Tom O'Loughlin who

 9        made the decision that he was not going to

10        be teaching at the Academy?

11   A    I don't remember.

12   Q    Do you recall telling Tom O'Loughlin that

13        the decision was not made by McCall?

14   A    I may have.  I don't --

15   Q    Do you recall --

16   A    I don't remember that exactly, but I do --

17   Q    Do you recall telling O'Loughlin that

18        perhaps the original decision was made by

19        her but that not a later decision?

20   A    I don't have a memory of that, but...

21   Q    Let me ask you this, sir:

22             What is your understanding of why Tom

23        O'Loughlin -- well, strike that.

24             Is it your understanding that Tom
```

William A. Mitchell, Jr.
September 17, 2007

26

1    Q    What is your understanding of why Tom

2         O'Loughlin was not allowed to teach at the

3         MBTA Police Academy?

4              MS. LUKEY:  Here again, if someone

5         told you a reason in the context of

6         soliciting your legal advice, then you can't

7         testify to it.

8              If someone discussed it with you or

9         you obtained the information from other

10        sources unrelated to legal advice, you may

11        discuss it.

12   A    It's my understanding that the fact is that

13        there was a lot of resistance within the

14        department, and a decision was made not to

15        have him there just so that -- to eliminate

16        the problems within the department.

17             The department had had a tough last

18        year under Tom, and there was a feeling at

19        the Authority that his participation in the

20        class would only further cause problems

21        there for the new chief.

22   Q    And who expressed that to you?

23   A    I believe I heard that through the general

24        manager.

William A. Mitchell, Jr.
September 17, 2007

27

1    Q    Mr. Mulhern, Michael Mulhern?

2    A    Yes.

3    Q    Do you recall when he told you?

4    A    It would have been after the phone call from

5         Chief O'Loughlin.

6    Q    Do you recall how much after?

7    A    Probably within a week or two.

8    Q    Okay.

9              Do you recall Chief O'Loughlin

10        telling you that the reasons you were

11        discussing with him for his not teaching

12        were pretextual?

13   A    I don't remember those words, but those

14        words would have stayed in my mind fairly

15        clearly.

16   Q    I'm sorry --

17   A    The word "pretextual" would have stayed in

18        my mind mine.  I don't remember him using

19        those words.

20   Q    And you don't recall him using it?

21   A    No.

22   Q    Do you recall Tom O'Loughlin telling you

23        that the decision that he would not teach

24        occurred before any interviews or decisions

# EXHIBIT I



THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

MILFORD

# Police chief sues MBTA, alleges retaliation

*The Boston Globe*

## Former instructor calls class's ending personal

By Franco Ordoez, Globe Staff, 2/26/2004

Thomas O'Loughlin is taking it personally.

The Milford police chief has filed a federal lawsuit against the MBTA, charging that his former employer, as punishment for siding against the T in an unrelated court case, stopped him from teaching a training course on sudden infant death syndrome, because top officials knew how important the issue was to him.

In the suit, O'Loughlin states that Michael Mulhern, general manager of the Massachusetts Bay Transit Authority, and Anne McCall, deputy police chief for the T, illegally retaliated against O'Loughlin, because he was ready to testify against the MBTA in another case.

O'Loughlin has said that he believes that both McCall, who administered the MBTA's police academy, and Mulhern fired him as a SIDS instructor at the academy, knowing that the issue has been a critical part of his personal and professional life since his 3-month-old son, Michael, died of SIDS in 1992.

"Clearly, I think it's personal," O'Loughlin said in an interview this week. "This is one of the many avenues that provide me with an opportunity to make a difference for other people in memory of my son."

MBTA officials would not discuss the specific charges against them but issued a denial of their validity. Joe Pesaturo, a spokesman for the MBTA, said the truth would come out in court. "The MBTA is extremely confident with its position in this matter," he said. "The T looks forward to having the facts thoroughly scrutinized by a federal court."

O'Loughlin, who has called his son's death "the worst thing God could send me," has since made it a personal undertaking to increase awareness of SIDS and improve training of officers who investigate possible SIDS cases.

O'Loughlin said that he sits on several federal and state boards promoting SIDS education and teaches SIDS training at the Boston University School of Medicine. He said he also continues to train police cadets at each of the State Police academies on how to investigate SIDS cases. According to his complaint, he has provided SIDS training to more than 6,000 Massachusetts police officers.

After resigning as the MBTA police chief in August 2002, O'Loughlin, according to his suit, was scheduled to remain as a SIDS instructor at its police academy until January of last year. Two months after he resigned, O'Loughlin states, the MBTA found out that former police officer Helder Peixoto was going to file a civil suit against the MBTA and McCall for racial discrimination.

Much of Peixoto's case, O'Loughlin states in his complaint, was to rely on a written statement O'Loughlin had previously submitted to the MBTA Office of Organizational Diversity that McCall had engaged in a campaign to get Peixoto fired.

When it became apparent that O'Loughlin would be subpoenaed to testify as a witness on behalf of Peixoto, O'Loughlin says, McCall almost immediately canceled O'Loughlin's service as an academy instructor.

According to O'Loughlin's federal complaint, in November 2002, William Fleming, then the T's acting chief of police, intervened and told MCall to reinstate O'Loughlin as an instructor. But Mulhern later overruled Fleming's decision. McCall then allegedly told MBTA staff that "O'Loughlin's not teaching; that is final from the

GM. He is not going to set a [expletive] foot into my academy."

According to his complaint, O'Loughlin is seeking a jury trial and compensation for his lost pay, lost benefits, emotional pain and suffering, and attorney's fees. As of Tuesday, no court hearings had been scheduled on the civil-rights suit.

O'Loughlin, who hopes to return to teaching the course three or four times a year, has pledged to donate any additional damages after legal fees and taxes to SIDS research.

"What do I want to do? As I do in every police academy in this state, I just want to teach the course."

*Franco Ordonez can be reached at fordonez@globe.com.*

© Copyright 2004 Globe Newspaper Company.

© Copyright 2004 The New York Times Company

# EXHIBIT J

1

Volume I
Pages 1 to 66
Exhibits None

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x
                        :
THOMAS J. O'LOUGHLIN,       :
         Plaintiff,     :
                        :
    vs.                    :
                        :  Civil Action
MASSACHUSETTS BAY        :  No. 04-10257 MEL
TRANSPORTATION AUTHORITY and :
ANNE McCALL and MICHAEL   :
MULHERN,               :
         Defendants.    :
                        :
- - - - - - - - - - - - - - - -x

       DEPOSITION OF FRANKLIN D. WOLVERTON, a
witness called on behalf of the Plaintiff taken
pursuant to the Federal Rules of Civil Procedure,
before Jane M. Williamson, Registered Merit Reporter
and Notary Public in and for the Commonwealth of
Massachusetts, at the Offices of Wilmer Cutler
Pickering Hale and Dorr LLP, 60 State Street,
Boston, Massachusetts, on Thursday, March 29, 2007,
commencing at 10:13 a.m.

PRESENT:

    Michael J. Notis, Esq.,
        370 Washington Street, Brookline, MA
        02445, for the Plaintiff.

    Wilmer Cutler Pickering Hale and Dorr LLP
        (By Joan Lukey, Esq., and Greg M.
        Reiser, Esq.)
        60 State Street, Boston, MA  02109,
        for the Defendants.

* * * * *

2

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| FRANKLIN D. WOLVERTON | | | | |
| BY MR. NOTIS | 4 | | 63 | |
| BY MS. LUKEY | | 61 | | |

* * * *

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| | None | |

* * * *

22

1       Q.    Let me ask you this:  If I told you it was

2    January of '03, would that refresh your

3    recollection?

4       A.    If he left January '03 --

5       Q.    No, I'm not suggesting he left January '03.

6    If I suggest that he was scheduled in January '03.

7       A.    That would be fine.  I would have to go

8    back and look at schedules and everything else.  But

9    if that's a date that --

10      Q.    It sounds right to you?

11      A.    It sounds right.  I wouldn't have a problem

12   disagreeing with that date.

13      Q.    Now, did Tom O'Loughlin actually teach the

14   SIDS course at the Academy in January of '03?

15      A.    No, sir.

16      Q.    And do you know why he didn't?

17      A.    Yes, sir.

18      Q.    Why don't you tell me your understanding of

19   why he didn't teach at the Academy in January '03 or

20   whenever it was he was scheduled for.

21      A.    I was called by Deputy Chief McCall and

22   told not to schedule him for that class.

23      Q.    Did Deputy McCall say anything else to you

24   in that conversation?

23

1      A.    No, sir, not that I can remember.

2      Q.    Did you ask her why?

3      A.    No, sir.

4      Q.    How long was the conversation?

5      A.    Brief.

6      Q.    Less than a minute?

7      A.    Yes, sir.

8      Q.    Do you recall when the conversation was?

9      A.    When it was?

10     Q.    Yes.

11     A.    No, I don't.

12     Q.    Let me ask you this:  In terms of Tom

13   O'Loughlin being scheduled to teach at the Academy,

14   when would it have been that that was first

15   established, do you know?

16     A.    We established the schedule approximately

17   one month, five weeks before the class comes in, so

18   we have the instructors already set and ready to go.

19   It's usually between five weeks and a month we try

20   to get the instructors -- we'd make the phone calls.

21   We'd plug them into a schedule.

22     Q.    Would it be unusual if Tom had been

23   scheduled ten weeks in advance?

24          MS. LUKEY:  Objection.  You may answer.

24

1      Q.    You can answer.

2      A.    No, that wouldn't have been unusual, no,

3  sir.

4      Q.    Do you recall the context in which -- were

5  you talking to McCall about something else when this

6  came up or did she specifically call you about this?

7      A.    She specifically called me about that.

8      Q.    Tell me again your best recollection of

9  what she said to you.

10     A.    She said that Chief O'Loughlin was not to

11  teach at the Academy.  He was not going to teach

12  that course at the Academy.

13     Q.    Did she say anything about him not setting

14  foot in the Academy?

15     A.    I don't recall her saying that.

16     Q.    Then you'll pardon my language here.  Did

17  she say anything about "He's not setting foot in my

18  fucking Academy"?

19     A.    No, sir.  I don't recall her saying that.

20     Q.    Other than this -- and that's all you

21  recall about the conversation with McCall?

22     A.    Yes, sir.

23     Q.    What did you do after that conversation

24  with McCall?

35

1      A.    I believe it was.  Again, it's been five

2   years.  It's confusing.  I'm trying to get my facts

3   right in my head here.  It's confusing, because at

4   the time I didn't sit down and write anything down.

5   I didn't think it was going to be -- I didn't think

6   it would be coming to this years later.  If I did, I

7   would have wrote something down.

8      Q.    Understood.  So so far, as best I

9   understand your testimony, McCall tells you

10  O'Loughlin is not teaching?

11     A.    Correct.

12     Q.    Then Fleming calls you and tells you he is

13  teaching?

14     A.    Correct.

15     Q.    Then McCall calls you again and says he's

16  not teaching?

17     A.    Correct.

18     Q.    And she's adamant.

19     A.    Correct.

20     Q.    Do you recall speaking to McCall after that

21  about this?

22     A.    I believe at the very end it was -- I think

23  once it was established he was not going to be

24  teaching at all, there was a call saying -- just

36

1   reiterating he's not going to be teaching there.  I

2   said, "Very good, loud and clear."  And that's

3   pretty much it.

4      Q.    So there may have been a third call when

5   McCall confirmed that O'Loughlin wasn't going to be

6   teaching?

7      A.    Correct, because we did go back and forth

8   at one time.  He was here; he wasn't here; and then

9   he was here.

10      Q.    Let me ask you this:  So what you've told

11   me about so far, again, is the first call McCall

12   says he's not teaching.

13      A.    Correct.

14      Q.    Second call Fleming says he is.

15      A.    Correct.

16      Q.    Third call McCall says he's not.

17      A.    There might have been even a second call

18   before Fleming.  It might have been McCall, McCall

19   and then Fleming, something like that.  Again, it's

20   sketchy, because it wouldn't make any sense -- the

21   way you said it right there doesn't make any sense

22   to me.  It wouldn't have made any sense for her to

23   call back and reiterate something that didn't even

24   happen at that point.

# EXHIBIT K

COPY

1

2          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
3                VOLUME I

4      ****************************************
       THOMAS J. O'LOUGHLIN,
5                     Plaintiff
             vs.
6      MASSACHUSETTS BAY TRANSPORTATION
       AUTHORITY and ANNE McCALL and MICHAEL
7      MULHERN,
                     Defendants
8      ****************************************

9

10

11            DEPOSITION of PAUL J. BYRNE, a

12     witness called on behalf of the

13     Plaintiff, pursuant to the Massachusetts

14     Rules of Civil Procedure, before Lisa E.

15     Berkland, a Certified Shorthand Reporter

16     and Notary Public in and for the

17     Commonwealth of Massachusetts, held at

18     Wilmer, Cutler, Pickering Hale & Dorr, 60

19     State Street, Boston, Massachusetts, on

20     Tuesday, September 18, 2007, commencing

21     at 10:10 a.m..

22

23              LISA E. BERKLAND, CSR
                P.O. Box 286
24              Westwood, MA 02090
                (508) 850-5171

1

            APPEARANCES:

2

     LAW OFFICE OF MITCHELL J. NOTIS

3           (By Mitchell J. Notis, Esquire)
            370 Washington Street

4           Brookline, Massachusetts  02445
            (617) 566-2700

5                On behalf of the Plaintiff.

6

     WILMER CUTLER PICKERING HALE & DORR, LLP

7           (By Gregory Reiser, Esquire)
            60 State Street

8           Boston, Massachusetts  02109
            (617) 526-6527

9                On behalf of the Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    Q.    How long were you a police officer with

2          the MBTA Police Department?

3    A.    33 years.

4    Q.    Okay.  You then retired from the MBTA

5          Police?

6    A.    Yes.

7    Q.    Do you recall the year you retired?

8    A.    2002.

9    Q.    Okay.  Did you immediately go from being

10         an MBTA police officer to being a

11         business agent for the officers' union?

12   A.    Yes, I did.

13   Q.    What rank did you hold when you retired,

14         sir?

15   A.    At the time, I was a patrolman.

16   Q.    All right.  Give me the exact name of the

17         union again, please?

18   A.    The MBTA Police Patrolmans' Association.

19   Q.    Okay.  And you were on their staff?

20   A.    Yes.

21   Q.    You were an employee of the union?

22   A.    Yeah, just part-time I was.

23   Q.    From November of '02 through, I don't

24         know, spring of '03, do you recall who

1    Q.   Okay.  By the way, what was your opinion

2         of Anne McCall your last couple of months

3         at work?  Did you like her?

4    A.   Yeah.

5    Q.   Okay.  Did you have a good relationship

6         with her?

7    A.   Pretty much.  We had our moments.

8    Q.   Okay.  Do you have any knowledge of Tom

9         O'Loughlin being scheduled to teach at

10        the MBTA Police Academy after he left the

11        force?

12   A.   Yeah.

13   Q.   What knowledge do you have of that?

14   A.   I know that he was at the Academy or was

15        about to be at the Academy to teach.

16   Q.   How did you have that knowledge?

17   A.   I learned that just prior to leaving from

18        Deputy McCall and Acting Chief Flemming.

19   Q.   Okay.  Why is it they were talking to you

20        about that?

21   A.   They told me that the Chief hadn't left,

22        that he was still there, that he was

23        going to teach or was teaching at the

24        Academy.  I just asked them, "Why?  I

1      thought he is gone."  They said, "Well,

2      he's over there, and he refuses to

3      leave."

4  Q.  Who is it that you had that conversation

5      with?

6  A.  I believe both of them.

7  Q.  At the same time?

8  A.  No.

9  Q.  Let's split it up then.  How many

10     conversations about that subject did you

11     have with Flemming?

12 A.  One or two at the most.

13 Q.  And how many conversations about that did

14     you have with McCall?

15 A.  One.

16 Q.  Okay.  Do you remember the dates of these

17     conversations?

18 A.  No.

19 Q.  Do you recall where they took place?

20 A.  I believe at the station.

21 Q.  In any of those conversations, sir, those

22     two or three conversations total you have

23     described, were there any other people

24     present during the conversations?