UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 04-10257-PBS

Thomas J. O'Loughlin,
Plaintiff,

v.

Massachusetts Bay Transportation Autjority, et al,
Defendants

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                             By the Court,

                                             /s/ Robert C. Alba
                                             Deputy Clerk

November 2, 2007

To: All Counsel