UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. O'LOUGHLIN,<br><br>              Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>and<br>ANNE McCALL<br>and<br>MICHAEL MULHERN,<br><br>              Defendant | C.A. No. 04-10257 MEL |

## **AGREEMENT FOR JUDGMENT**

The undersigned, being counsel for all parties to the captioned litigation, hereby agree on behalf of, and with the consent of, the parties to the entry of Judgment as follows:

    (1)    Judgment for the defendant MBTA;

    (2)    Judgment for the defendant Ann McCall;

    (3)    Judgment for the defendant Michael Mulhern, with the plaintiff to pay the sum of $1,000 and to issue a written apology to Michael Mulhern in conjunction with the entry of judgment.

All parties waive all rights of appeal and agree to the entry of the foregoing Judgments as the final and irrevocable judgments in this case.

THOMAS J. O'LOUGHLIN

By his Attorneys,

_____
Mitchell J. Notis (BBO # 374360)
Law Offices of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Telephone: (617) 566-2700
Facsimile: (617) 566-6144

MBTA, ANNE MCCALL
MICHAEL MULHERN

By their attorneys,

_____
Joan A. Lukey (BBO #307340)
Gregory M. Reiser (BBO #662284)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Date: November 12, 2007